5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

KELLI ROWLETTE, an individual, SALLY ASHBY, an individual, and HOWARD FOWLER, an individual,

v.

GERALD E. MORTIMER, M.D., LINDA G. McKINNON MORTIMER, and the marital community comprised thereof, and OBSTETRICS AND GYNECOLOGY

Case No. 4:18-cv-00143-DCN

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $225.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Jillian A. Harlington, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Kelli Rowlette, Sally Ashby, and Howard Fowler, Plaintiffs.

The applicant hereby attests as follows:

1. Applicant resides in Richland, Benton County, Washington, and practices at the following address and phone number 1333 Columbia Park Trail, STE 220, Richland, WA 99352; (509) 735-4444

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Washington State Supreme Court | 10/24/2014 |
| United States Court of Appeals for the Ninth Circuit | 05/17/2016 |
| United States District Court for the Eastern District of Washington | 01/29/2015 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Shea C. Meehan, a member in good standing of the bar of this court, of the firm of Walker Heye Meehan & Eisinger, PLLC, practices at the following office address and phone number: 1333 Columbia Park Trail, STE 220, Richland, WA 99352; (509) 735-4444

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 5 day of April, 2018.

/s/ Jillian A. Harlington
Applicant

/s/ Shea C. Meehan
Designee

Signed under penalty of perjury.