AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OBSTETRICS & GYNECOLOGY Associates of IDAHO FALLS
was received by me on *(date)* 4/5/18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* R DOUGLAS ISBELL , who is
designated by law to accept service of process on behalf of *(name of organization)* OBSTETRICS & GYNECOLOGY Associates OF IDAHO FALLS on *(date)* 4/12/18 4:50pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/13/18

Server's signature

BRIAN EMFIELD, PROCESS SERVER
Printed name and title

ATTORNEYS SERVICE BUREAU
P.O. BOX 191129
BOISE, ID 83719

Additional information regarding attempted service, etc: