J. Michael Wheiler, ISB #3364
wheiler@thwlaw.com
Richard R. Friess, ISB #7820
friess@thwlaw.com
THOMSEN HOLMAN WHEILER, PLLC
2635 Channing Way
Idaho Falls, ID 83404
Tel: (208) 522-1230
Fax: (208) 522-1277

Attorneys for Defendant Obstetrics & Gynecology Associates of Idaho Falls, P.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KELLI ROWLETTE, an individual, SALLY ASHBY, an individual, and HOWARD FOWLER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GERALD E. MORITMER, M.D., LINDA G. McKINNON MORTIMER, and the marital community comprised thereof, and OBSTETRICS AND GYNECOLOGY ASSOCIATES OF IDAHO FALLS, P.A., an Idaho professional corporation,<br><br>Defendants. | Case No. 4:18-CV-00143-DCN<br><br><br>DEFENDANT OBSTETRICS AND GYNECOLOGY ASSOCIATES OF IDAHO FALLS, P.A.'S CORPORATE DISCLOSURE<br>(FRCP 7.1) |

COMES NOW, Defendant Obstetrics and Gynecology Associates of Idaho Falls, P.A., pursuant to F.R.C.P. 7.1, and discloses that it has no parent corporation and that no publicly held corporation owns any of its stock.

DATED this 9th day of May, 2018.

By: _____
Richard R. Friess

1 –  DEFENDANT OBSTETRICS AND GYNECOLOGY ASSOCIATES OF IDAHO FALLS, P.A.'S CORPORATE DISCLOSURE

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

SHEA C. MEEHAN
WALKER HEYE MEEHAN & EISINGER, PLLC
1333 COLUMBIA PARK TRAIL, STE 220
RICHLAND, WA 99352

By: _____
Richard R. Friess

JMW/7800.037/PLEADINGS/003 CORP DISCLOSURE