Raymond D. Powers
ISB # 2737; rdp@powerstolman.com
Portia L. Rauer
ISB # 7233; plr@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
702 West Idaho Street, Suite 700
Boise, ID 83702
Post Office Box 9756
Boise, ID 83707
Telephone: (208) 577-5100
Facsimile: (208) 577-5101
W:\41\41-036\Motions\MTD\Motion.docx

Attorneys for Defendants Gerald E. Mortimer, M.D.
  and Linda G. McKinnon Mortimer

IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KELLI ROWLETTE, an individual, SALLY ASHBY, an individual, and HOWARD FOWLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GERALD E. MORTIMER, M.D., LINDA G. McKINNON MORTIMER, and the marital community comprised thereof, and OBSTETRICS AND GYNECOLOGY ASSOCIATES OF IDAHO FALLS, P.A. an Idaho professional corporation,<br><br>Defendants. | Case No. 4:18-CV-00143-DCN<br><br>**DEFENDANTS GERALD E. MORTIMER, M.D. AND LINDA G. McKINNON MORTIMER'S MOTION TO DISMISS** |

**COME NOW** Defendants, Gerald E. Mortimer, M.D. and Linda G. McKinnon Mortimer, by and through their undersigned counsel of record, Powers Tolman Farley, PLLC, and pursuant to Rule 12(b)(6), Fed. R. Civ. P. move to dismiss Plaintiff's Complaint. This Motion is supported by the Memorandum in Support of Defendants' Motion to Dismiss filed contemporaneously herewith.

ORAL ARGUMENT IS REQUESTED.

DATED this 13 day of June, 2018.

POWERS TOLMAN FARLEY, PLLC

By_____
Raymond D. Powers - Of the Firm
Portia L. Rauer - Of the Firm
*Attorneys for Defendants Gerald E. Mortimer, M.D. and Linda G. McKinnon Mortimer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13 day of June, 2018, I caused to be served a true copy of the foregoing **DEFENDANTS GERALD E. MORTIMER, M.D. AND LINDA G. McKINNON MORTIMER'S MOTION TO DISMISS**, electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jillian A. Harlington, jharlington@walkerheye.com
Matthew M. Purcell, mp@purcellfamilylaw.com
Shea C. Meehan, smeehan@walkerheye.com
*Attorneys for Plaintiffs*

J. Michael Wheiler, wheiler@thwlaw.com
Richard R. Friess, friess@thwlaw.com
*Attorneys for OB-GYN Associates*

_____
Raymond D. Powers
Portia L. Rauer