# EXHIBIT A

**In The Matter Of:**

*ROWLETTE, et al. vs.*
*MORTIMER, M.D., et al.*

*GERALD E. MORTIMER, M.D.*
*December 11, 2018*
*Video Deposition*

*T&T Reporting, LLC*
*477 Shoup Avenue, Suite 105*
*Idaho Falls, Idaho  83402*

Min-U-Script® with Word Index

**Video Deposition**

1

1           UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF IDAHO

3   KELLI ROWLETTE, an individual,        )
    SALLY ASHBY, an individual, and       )
4   HOWARD FOWLER, an individual,         ) Cause No.
                                          ) 4:18-CV 00143
5                   Plaintiffs,           ) DCN
    vs.                                   )
6                                         )
                                          )
7                                         )
    GERALD E. MORTIMER, M.D., LINDA G.    )
8   MCKINNON MORTIMER, and the marital    )
    community comprised thereof, and      )
9   OBSTETRICS AND GYNECOLOGY             )
    ASSOCIATES OF IDAHO FALLS, P.A., an   )
10  Idaho professional corporation,       )
                                          )
11                  Defendants.           )

12

13        DEPOSITION OF GERALD E. MORTIMER, M.D.

14        Tuesday, December 11, 2018, 9:00 a.m.

15                 Idaho Falls, Idaho

16

17

18          BE IT REMEMBERED that the deposition of
19  Gerald E. Mortimer, M.D. was taken by the attorney
    for the plaintiffs at the office of Thomsen Holman
20  Wheiler, PLLC, located at 2635 Channing Way, Idaho
    Falls, Idaho, before Amber S. Williams, Court
21  Reporter and Notary Public, in and for the State of
    Idaho, in the above-entitled matter.

22

23

24

25

2

```
 1              A P P E A R A N C E S

 2

    For the Plaintiffs:
 3          WALKER HEYE MEEHAN & EISINGER, PLLC
            BY:  SHEA C. MEEHAN
 4          1333 Columbia Park Trail, Suite 220
            Richland, Washington  99352
 5          (509) 735-444

 6  For the Defendant Gerald E. Mortimer:
            POWERS TOLMAN FARLEY
 7          BY:  RAYMOND D. POWERS
            702 West Idaho Street, Suite 700
 8          P.O. Box 9756
            Boise, Idaho  83707
 9          (208) 577-5100

10  For the Defendant Gerald E. Mortimer:
            POWERS TOLMAN FARLEY
11          BY:  PORTIA RAUER
            702 West Idaho Street, Suite 700
12          P.O. Box 9756
            Boise, Idaho  83707
13          (208) 577-5100

14  For the Defendant Gerald E. Mortimer:
            HALL ANGELL & ASSOCIATES, LLP
15          BY:  BLAKE HALL
            1075 South Utah Avenue, Suite 150
16          Idaho Falls, Idaho  83402
            (208) 522-3003

17
    For the Defendant Obstetrics & Gynecology Associates
18  of Idaho Falls:
            THOMSEN HOLMAN WHEILER, PLLC
19          BY:  RICHARD R. FRIESS
            2635 Channing Way
20          Idaho Falls, Idaho  83404
            (208) 522-1230

21

22  Also Present:
            Sally Ashby
23          Howard Fowler

24

25
```

3

```
1                    E X A M I N A T I O N

2

3     GERALD E. MORTIMER, M.D.                    Page

4       BY MR. MEEHAN................................  6
        BY MR. FRIESS.............................. 188
5

6

7                      E X H I B I T S

8     No.                                          Page

9     1.     Photocopy of screenshot from ..........  30
             Ancestry.com of Gerald Elbert
10            Mortimer, Parent/Child Relationship
      2.     Photos..................................  37
11    3.     Photos..................................  39
      4.     Certificate of Birth of Kelli Ann ......  40
12           Fowler
      5.     Amended Notice of Videotaped ...........  48
13           Deposition Duces Tecum of Gerald E.
             Mortimer, M.D.
14    6.     Mortimer's Responses to Plaintiffs' ....  51
             First Set of Requests for Production
15    7.     Mortimer's First Supplemental Response .  62
             to Plaintiffs' First Set of Requests
16           for Production
      8.     E-mail correspondence from ████████ ..  64
17           on Ancestry.com to Gerald Mortimer,
             09/28/17, Bates No. PTF 00037
18    9.     Ancestry.com Gerald Mortimer e-mail ....  73
             correspondence to ██████,
19           09/29/17, Bates No. PLAINTIFF-13092
      10.    Ancestry.com e-mail correspondence .....  91
20           from geneandkelli1 to Gerald Mortimer,
             12/10/16, Bates No. PTF 00036
21    11.    Ancestry.com Message Center, message ...  95
             from Kelli Rowlette, 12/10/16, Bates
22           No. PLAINTIFF -00162
      12.    Mortimer's Answers to Plaintiffs' ......  97
23           First Set of Interrogatories
      13A.   Mortimer's Supplemental Answers to ..... 108
24           Plaintiffs' First Set of
             Interrogatories
25
```

4

```
 1               E X H I B I T S (Continued)

 2    No.                                        Page

 3    13B.   Verification page signed by Gerald E. .. 111
             Mortimer, M.D., 12/11/18
 4    14.    State of Idaho Board of Medicine ....... 117
             Public Record Information - Detail of
 5           Gerald E. Mortimer, Bates No.
             PLAINTIFF - 12916
 6    15.    Special Meeting of the Shareholders of . 124
             Dr. Rulon D. Robinson and Dr. C. Jay
 7           Kindred, Professional Association,
             09/09/81, Bates Nos. PTF 00045 - PTF
 8           00047
      16.    State of Idaho Department of State ..... 126
 9           Certificate of Amendment of Obstetrics
             and Gynecology Associates of Idaho
10           Falls, P.A., Bates No. PTF 00038
      17.    Mortimer's Responses to Plaintiffs' .... 127
11           First Set of Requests for Admission
      18A.   Mortimer's Amended Responses to ........ 137
12           Plaintiffs' First Set of Requests for
             Admission
13    18B.   Verification page signed by Gerald E. .. 137
             Mortimer, M.D., 12/11/18
14    19.    Drs. Robison, Kindred & Mortimer ....... 140
             Obstetrics and Gynecology patient
15           intake form of Sally Fowler, 08/31/79,
             Bates Nos. PTF 00001 - PTF 00017
16

17

18

19

20

21

22

23

24

25
```

5

1                    (The deposition proceeded at 9:00 a.m.

2     as follows:)

09:00AM  3           THE VIDEOGRAPHER:  We will now go on the

09:00AM  4     record.  My name is John Terrill, the video

09:00AM  5     technician, and Amber Williams is the court reporter

09:00AM  6     from T&T Reporting at 477 Shoup Avenue, Suite 105,

09:00AM  7     Idaho Falls, Idaho.

09:00AM  8                    We are here today, December 11, 2018, at

09:00AM  9     approximately at 9:00 a.m. Mountain time at the

09:01AM  10    office of Thomsen Holman Wheiler, PLLC, 2635 Channing

09:01AM  11    Way, Idaho Falls, Idaho to videotape the deposition

09:01AM  12    of Gerald E. Mortimer, M.D., being taken in the

09:01AM  13    instance of the plaintiff in the matter of Rowlette,

09:01AM  14    et al, plaintiffs, versus Mortimer, M.D., et al,

09:01AM  15    defendants, Case -- or Cause No. 4:18-cv-00143-DCN in

09:01AM  16    the United States District Court for the District of

09:01AM  17    Idaho.

09:01AM  18                    The court reporter will now swear in the

09:01AM  19    witness.

09:01AM  20                    Gerald E. Mortimer, M.D.,

09:01AM  21    produced as a witness at the instance of the

09:01AM  22    plaintiffs, having been first duly sworn, was

09:01AM  23    examined and testified as follows:

09:01AM  24           THE VIDEOGRAPHER:  Will counsel please

09:01AM  25    introduce themselves and the parties they represent.

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

6

| | | |
|---|---|---|
| 09:01AM | 1 | MR. MEEHAN:  Shea Meehan here on behalf of |
| 09:01AM | 2 | Howard Fowler and Sally Ashby. |
| 09:01AM | 3 | MR. POWERS:  Ray Powers on behalf of |
| 09:02AM | 4 | Dr. Gerald Mortimer. |
| 09:02AM | 5 | MS. RAUER:  Portia Rauer here on behalf of |
| 09:02AM | 6 | Gerald Mortimer. |
| 09:02AM | 7 | MR. HALL:  Blake Hall on behalf of |
| 09:02AM | 8 | Dr. Mortimer. |
| 09:02AM | 9 | MR. FRIESS:  Richard Friess on behalf of |
| 09:02AM | 10 | Obstetrics & Gynecology Associates of Idaho Falls. |
| 09:02AM | 11 | THE VIDEOGRAPHER:  Okay.  Go ahead and |
| 09:02AM | 12 | proceed. |
| 09:02AM | 13 | E X A M I N A T I O N |
| 09:02AM | 14 | BY MR. MEEHAN: |
| 09:02AM | 15 | Q.   Dr. Mortimer, are you married? |
| 09:02AM | 16 | A.   Yes. |
| 09:02AM | 17 | Q.   What's your wife's name? |
| 09:02AM | 18 | A.   Linda. |
| 09:02AM | 19 | Q.   And how long have you been married? |
| 09:02AM | 20 | A.   I've been married 52 years. |
| 09:02AM | 21 | Q.   And what's your -- what's the date of |
| 09:02AM | 22 | your wedding? |
| 09:02AM | 23 | A.   It was the -- well, let me -- let me |
| 09:02AM | 24 | think a minute.  It was June of '67. |
| 09:03AM | 25 | Q.   Do you have a specific day in June of |

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

10

| 09:07AM | 1 | Linda Mortimer? |
|---|---|---|
| 09:07AM | 2 | A.   We have four children. |
| 09:07AM | 3 | Q.   What are the names of your four |
| 09:07AM | 4 | children? |
| 09:07AM | 5 | A.   Tom, Amy, Andy, Carol. |
| 09:07AM | 6 | Q.   What's Tom's middle name? |
| 09:07AM | 7 | A.   Dee, D-e-e. |
| 09:07AM | 8 | Q.   Last name is Mortimer? |
| 09:07AM | 9 | A.   Mortimer. |
| 09:07AM | 10 | Q.   What's Amy's middle name? |
| 09:07AM | 11 | A.   Lynn. |
| 09:08AM | 12 | Q.   What's her last name? |
| 09:08AM | 13 | A.   It's now Walton. |
| 09:08AM | 14 | Q.   Andy's middle name? |
| 09:08AM | 15 | A.   Dean, D-e-a-n. |
| 09:08AM | 16 | Q.   And last name is Mortimer? |
| 09:08AM | 17 | A.   Yes. |
| 09:08AM | 18 | Q.   And what's Carol's middle name? |
| 09:08AM | 19 | A.   Lee. |
| 09:08AM | 20 | Q.   And what's her last name? |
| 09:08AM | 21 | A.   Blatter, B-l-a-t-t-e-r. |
| 09:08AM | 22 | Q.   When was Tom born? |
| 09:08AM | 23 | A.   He was born -- let me think.  Sorry.  My |
| 09:08AM | 24 | memory is not good this morning. |
| 09:08AM | 25 | He was born June 15th. |

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

11

| | | |
|---|---|---|
| 09:09AM | 1 | Q.   Of what year? |
| 09:09AM | 2 | A.   Sorry.   My memory is not good this |
| 09:09AM | 3 | morning. |
| 09:09AM | 4 | Q.   You say your memory is no good this |
| 09:09AM | 5 | morning.   What do you mean? |
| 09:09AM | 6 | A.   Well, I'm having trouble remembering |
| 09:09AM | 7 | things this morning. |
| 09:09AM | 8 | Q.   Okay.   Is there any medical diagnosis |
| 09:09AM | 9 | that would impact your ability to remember? |
| 09:09AM | 10 | A.   I'm a diabet- -- I'm a diabetic. |
| 09:09AM | 11 | Q.   Okay.   Any other medical diagnosis that |
| 09:09AM | 12 | might impact your ability to remember? |
| 09:09AM | 13 | A.   I have some mild blood pressure issues |
| 09:09AM | 14 | that I take medication for. |
| 09:09AM | 15 | Q.   Any other medical issues that would |
| 09:09AM | 16 | impact your ability to remember today? |
| 09:10AM | 17 | A.   I don't think so, other than being |
| 09:10AM | 18 | nervous. |
| 09:10AM | 19 | Q.   Was Tom born the year after you were |
| 09:10AM | 20 | married? |
| 09:10AM | 21 | A.   Two years after. |
| 09:10AM | 22 | Q.   Okay.   So does it ring a bell that he |
| 09:10AM | 23 | would have been born June 15th, 1969? |
| 09:10AM | 24 | A.   Yes.   That is correct. |
| 09:10AM | 25 | Q.   When was Amy born? |

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

12

| 09:10AM | 1 | A.   In '71. |
|---------|---|-------------|

09:10AM   1          A.   In '71.

09:10AM   2          Q.   What day in '71?

09:10AM   3          A.   Sorry.  I'm really struggling this

09:10AM   4   morning.

09:11AM   5          Q.   Is your problem with memory this morning

09:11AM   6   going to impact your ability to tell the truth?

09:11AM   7          A.   No.

09:11AM   8          Q.   How old is Amy?

09:11AM   9          A.   She would be -- she would be 41.

09:11AM  10          Q.   So she's born in 1971, and she's --

09:11AM  11          A.   That sounds --

09:11AM  12          Q.   And she's 41 years old?

09:11AM  13          A.   Well, she would not be.

09:11AM  14          Q.   No.

09:11AM  15          A.   No.  Sorry.

09:11AM  16          Q.   When was Andy born?

09:11AM  17          A.   He was born in '75.

09:11AM  18          Q.   When in '75?

09:12AM  19          A.   His birthday is also in June.

09:12AM  20          Q.   Okay.  A specific day in June?

09:12AM  21          A.   I think it's June 15.

09:12AM  22          Q.   So Tom and Andy share a birthday?

09:12AM  23          A.   They're -- they do.

09:12AM  24          Q.   And when was Carol born?

09:12AM  25          A.   She was born in '75, I think.

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

24

09:30AM 1 providers you've seen in the last five years?

09:30AM 2       A.   Gene Hodges.

09:30AM 3       Q.   Any others?

09:30AM 4       A.   No.

09:30AM 5       Q.   So Gene Hodges is the only medical

09:30AM 6 provider you have seen in the last five years?

09:30AM 7       A.   That's correct.  That's correct.

09:30AM 8       Q.   You consider him your doctor?

09:30AM 9       A.   Yes.

09:31AM 10       Q.   Does he have a -- well, how would you

09:31AM 11 describe his practice?

09:31AM 12       A.   He's, as far as I know, a solo

09:31AM 13 practitioner that practices general practice.

09:31AM 14       Q.   In this case I have served on your

09:31AM 15 attorneys, or served upon you through your attorneys,

09:31AM 16 interrogatories and requests for production of

09:31AM 17 documents.  Are you aware of that?

09:31AM 18       A.   Yes.

09:31AM 19       Q.   And I have also served upon you requests

09:32AM 20 for admission.  Are you aware of that?

09:32AM 21       A.   I don't understand that.

09:32AM 22       Q.   Okay.  Are you aware that your counsel

09:32AM 23 provided yesterday updated responses to discovery?

09:32AM 24       A.   They informed me of that.

09:32AM 25       Q.   They informed you?

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

25

09:32AM 1          A.    Yes.   Today.

09:32AM 2          Q.    Okay.   Are you aware of what those

09:32AM 3   changes are?

09:32AM 4          A.   I -- I believe there was a change in --

09:32AM 5   in a -- in a statement that I made that --

09:32AM 6          THE WITNESS:   I have to refresh my memory.

09:32AM 7          MR. POWERS:   He gets to ask the questions.

09:33AM 8          Q.   BY MR. MEEHAN:   What statement had you

09:33AM 9   made that needed to be changed?

09:33AM 10         A.   I needed to --

09:33AM 11         THE WITNESS:   Help me with this.

09:33AM 12         MR. POWERS:   I can't.   I can't help you.   You

09:33AM 13  need to do your best to try to --

09:33AM 14         THE WITNESS:   Okay.

09:33AM 15         MR. POWERS:   -- answer the questions.

09:33AM 16         THE WITNESS:   Ask me -- ask me the question

09:33AM 17  again, please.

09:33AM 18         MR. POWERS:   Pay attention to the question.

09:33AM 19         THE WITNESS:   Okay.

09:33AM 20         Q.   BY MR. MEEHAN:   You said that you needed

09:33AM 21  to make a change in a statement you had made.   What

09:33AM 22  statement had you made that needed to be changed?

09:33AM 23         A.   I needed to change the fact that I

09:33AM 24  had -- that I had been a donor.

09:33AM 25         Q.   So previously you had stated that you

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

26

| 09:34AM | 1 | had not been a donor? |
|---------|---|-----------------------|

09:34AM  2      A.    That's correct.

09:34AM  3      Q.    And that wasn't true?

09:34AM  4      A.    That was not true.

09:34AM  5      Q.    And you knew at the time you made that

09:34AM  6  statement that it wasn't true?

09:34AM  7      A.    That's correct.

09:34AM  8      Q.    So you had lied?

09:34AM  9      A.    Yes.

09:34AM 10      Q.    Now, do you understand that you are

09:34AM 11  under oath today?

09:34AM 12      A.    Yes.

09:34AM 13      Q.    And do you understand that being under

09:34AM 14  oath means that you have sworn that you will tell the

09:34AM 15  truth today?

09:34AM 16      A.    I understand that.

09:35AM 17      Q.    What does telling the truth mean to you?

09:35AM 18      A.    That I need to tell you, from the best

09:35AM 19  of my memory and recollection -- recollection, the

09:35AM 20  things that I know to be correct or true; that I

09:35AM 21  should not lie to you in any way.

09:35AM 22      Q.    Why did you lie previously?

09:35AM 23      A.    I was ashamed, or -- you know.

09:35AM 24      Q.    Why were you ashamed?

09:35AM 25      A.    Well, I -- I -- I regret the fact that

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

33

| | | |
|---|---|---|
| 09:49AM | 1 | A.   But I don't remember for sure.  May be |
| 09:49AM | 2 | more than one or two -- may have been more than one |
| 09:49AM | 3 | or two times. |
| 09:49AM | 4 | Q.   Are you aware that Ancestry.com |
| 09:49AM | 5 | predicted a parent/child relationship between you and |
| 09:49AM | 6 | Kelli Rowlette? |
| 09:49AM | 7 | A.   Yes. |
| 09:49AM | 8 | Q.   Okay.  And I'll represent to you that |
| 09:49AM | 9 | the document that you've been provided as Exhibit *-1 |
| 09:49AM | 10 | is from Ancestry.com, and it predicts a parent/child |
| 09:50AM | 11 | relationship with Gerald Elbert Mortimer. |
| 09:50AM | 12 | Do you see that? |
| 09:50AM | 13 | A.   Yes. |
| 09:50AM | 14 | Q.   Okay.  And I'll represent to you that |
| 09:50AM | 15 | this was provided to me by Kelli Rowlette from her |
| 09:50AM | 16 | account. |
| 09:50AM | 17 | Are you aware of any reason that |
| 09:50AM | 18 | Ancestry.com would predict you to be Kelli Rowlette's |
| 09:50AM | 19 | biological father, other than the fact that you are |
| 09:50AM | 20 | actually Kelli Rowlette's biological father? |
| 09:50AM | 21 | A.   I can't think of any other reason. |
| 09:50AM | 22 | Q.   Are you Kelli Rowlette's biological |
| 09:50AM | 23 | father? |
| 09:50AM | 24 | A.   I -- yes.  I think I am. |
| 09:50AM | 25 | Q.   At this time, you have no reason to |

office@ttreporting.com      T&T Reporting, LLC      208.529.5491
ttreporting.com      208.529.5496 FAX

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

34

09:50AM 1    believe otherwise?

09:50AM 2         A.   I have no reason otherwise.

09:51AM 3         Q.   Okay.  At one time, I had been told that

09:51AM 4    you had agreed to traditional paternity testing with

09:51AM 5    a laboratory.  Did you ever agree that you -- to

09:51AM 6    determine your relationship with Kelli Rowlette, did

09:51AM 7    you ever agree to do that?

09:51AM 8         A.   I don't remember agreeing to do that.

09:51AM 9         Q.   So if I were -- if I had been told that

09:51AM 10   you had agreed to do that, I was being misinformed?

09:51AM 11        A.   No.  I think I did -- I think you were

09:51AM 12   not misinformed.  I think I -- that is correct.

09:51AM 13        Q.   So you did at one time agree that you

09:51AM 14   would have a paternity test to definitively determine

09:51AM 15   whether --

09:51AM 16        A.   Yes.

09:51AM 17        Q.   -- Kelli Rowlette was your biological

09:51AM 18   daughter?

09:51AM 19        A.   Yes, as I remember now.

09:52AM 20        Q.   Okay.

09:52AM 21        A.   I'm sorry.  My memory is -- takes a

09:52AM 22   minute to remember things.

09:52AM 23        Q.   I don't want to know anything that your

09:52AM 24   attorneys have told you.  That's not what I'm asking,

09:52AM 25   so I just want to be clear for my next question.

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

35

09:52AM 1          MR. POWERS:  So he's prefacing the question

09:52AM 2     with that precaution, and what he's saying is, what

09:52AM 3     you and I have talked about -- that discussions we

09:52AM 4     have had between us and between your counsel are

09:52AM 5     attorney-client privileged.  So this next question,

09:52AM 6     you need to keep that in mind.  And what he's telling

09:52AM 7     you is that he doesn't want you or expects you to

09:52AM 8     offer up any answer that involves communications

09:52AM 9     you've had with me.  But if you have an answer that

09:52AM 10    could be responsive to the question that doesn't

09:52AM 11    involve communications with me or my office, then you

09:52AM 12    may be permitted to answer.  So pay attention to the

09:53AM 13    question.

09:53AM 14         MR. HALL:  Or your personal attorney.

09:53AM 15         MR. POWERS:  Or his personal -- or your

09:53AM 16    personal attorney Mr. Hall.

09:53AM 17         Q.   BY MR. MEEHAN:  At sometime did you

09:53AM 18    change your mind with regard to your willingness to

09:53AM 19    undergo a paternity test to definitively determine

09:53AM 20    whether you were Kelli Rowlette's biological father?

09:53AM 21         A.   Yes.

09:53AM 22         Q.   Why?

09:53AM 23         A.   Initially I didn't want to do that, but

09:53AM 24    then I decided that would be the right thing to do.

09:53AM 25         Q.   What would be the right thing to do?

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

36

09:53AM 1       A.   To be able to establish for her and for

09:53AM 2  me -- to have the truth come out, and to -- to have

09:53AM 3  that -- to have the truth come out is what I'm

09:54AM 4  saying, I guess.

09:54AM 5       Q.   You think it's important to have the

09:54AM 6  truth come out?

09:54AM 7       A.   Yes.

09:54AM 8       Q.   So at one time you had agreed to such a

09:54AM 9  test, and my understanding is now you do not agree to

09:54AM 10  such a test?

09:54AM 11       A.   I would -- I would be willing to have

09:54AM 12  the test.

09:54AM 13       Q.   Okay.  So without regard to -- I'm not

09:54AM 14  asking legalese.  You are willing to have a paternity

09:54AM 15  test done to definitively determine whether you are

09:54AM 16  Kelli Rowlette's biological father?

09:54AM 17       A.   I would agree with that.

09:54AM 18       Q.   Do you want that?

09:54AM 19       A.   I don't know that I want it to --

09:54AM 20  particularly.  I'm willing to -- willing to do it.

09:54AM 21       Q.   But even without that test, you believe

09:54AM 22  that you are Kelli Rowlette's biological father?

09:55AM 23       A.   Yes.

09:55AM 24       Q.   Are you aware that you had matched with

09:55AM 25  a predicted parent/child relationship on Ancestry.com

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

39

10:12AM 1  that I have more than a -- just looking at a picture

10:12AM 2  situation, I don't know.  I don't know.

10:12AM 3      Q.  You don't -- still don't think she

10:12AM 4  resembles you?

10:12AM 5      A.  I don't see it.

10:12AM 6      Q.  Okay.

10:13AM 7          (Exhibit *-3 marked.)

10:13AM 8      Q.  BY MR. MEEHAN:  Do you -- you've been

10:13AM 9  handed a set of photographs, three pages, that have

10:13AM 10 been marked as Exhibit *-3, correct?

10:13AM 11     A.  Okay.

10:13AM 12     Q.  Do you recognize the individuals in the

10:14AM 13 photographs that have been marked as Exhibit *-3?

10:14AM 14     MR. POWERS:  In any of them.

10:14AM 15     THE WITNESS:  No.

10:14AM 16     Q.  BY MR. MEEHAN:  Would it help your

10:14AM 17 recollection if I told you that these are photographs

10:14AM 18 of Howard Fowler and, then Sally Fowler, in the 1980

10:14AM 19 timeframe?

10:14AM 20     A.  That would help me.

10:14AM 21     Q.  Okay.  Knowing that, do you recognize

10:14AM 22 them?

10:14AM 23     A.  I -- I still don't really recognize

10:14AM 24 them, but I believe what you say.

10:14AM 25     Q.  Okay.  Now --

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

40

10:15AM 1          A.   She does -- she does look familiar as I

10:15AM 2     look at her.

10:15AM 3          Q.   And do you agree that having a child is

10:15AM 4     a pretty special event?

10:15AM 5          A.   Of course.

10:15AM 6          Q.   Would you agree that impregnating

10:15AM 7     somebody is an intimate event without regard to the

10:15AM 8     mechanics of how it happens?

10:15AM 9          A.   Yes.

10:15AM 10          Q.   And do you recognize the young woman in

10:15AM 11     the photographs in Exhibit *-3 as a woman that you

10:15AM 12     inseminated with your own semen?

10:16AM 13          A.   No.   I don't.

10:16AM 14          Q.   Okay.

10:16AM 15          A.   She looks familiar, but I -- I don't

10:16AM 16     have a specific -- this does not bring any specific

10:16AM 17     memory to me.

10:16AM 18               (Exhibit *-4 marked.)

10:16AM 19          Q.   BY MR. MEEHAN:  You've been handed a

10:17AM 20     document that's been marked Exhibit *-4.  Do you

10:17AM 21     recognize that document?

10:17AM 22          A.   I've never seen this document.

10:17AM 23          Q.   I'd ask you to look at the signature in

10:17AM 24     the center bottom of the page as you hold it there

10:17AM 25     landscape.  Do you see where it says "Attending

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

60

10:53AM 1          Q.    Earlier you testified that you had lied.

10:53AM 2    Is this one of the lies that you had to correct?

10:53AM 3          A.    Let me -- let me make sure that we're

10:53AM 4    talking about the same thing.  What paragraph are we

10:53AM 5    talking about again?

10:53AM 6          Q.    Page 7, Response to Requests for

10:54AM 7    Production No. 18, second sentence, the clause that

10:54AM 8    states "Dr. Mortimer does not recall using his sperm

10:54AM 9    for artificial insemination."

10:54AM 10         A.    I -- I don't think that's accurate.

10:54AM 11         Q.    And it wasn't accurate at the time these

10:54AM 12   answers were provided, correct?

10:54AM 13         A.    I -- I do recall.

10:54AM 14         Q.    But my question is that statement was

10:54AM 15   not accurate at the time this document was provided

10:54AM 16   to us, correct?

10:54AM 17         A.    That would be correct.

10:54AM 18         Q.    And you knew that at that time, correct?

10:54AM 19         A.    I would have known it at that time, yes.

10:55AM 20         Q.    In Request for Production No. 5, you

10:56AM 21   were asked to produce color copies of a

10:56AM 22   representative sample of photographs of you between

10:56AM 23   1979 and 1981.  Do you see that?

10:57AM 24         A.    Number 5?

10:57AM 25         Q.    Correct.

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

93

12:03PM 1          Q.   Okay.   And then I'm asking that you look

12:03PM 2     at this page in your response that has, in the lower

12:03PM 3     right-hand corner, "PTF 00036."

12:03PM 4          A.   That's this.

12:03PM 5          Q.   So you would agree that the document

12:03PM 6     that is marked as Exhibit *-10 is the same as one of

12:03PM 7     the documents that you produced for us?

12:03PM 8          A.   This is the same document.

12:03PM 9          Q.   Okay.   So on Exhibit *-10, you -- you

12:04PM 10    produced this document in discovery in this lawsuit.

12:04PM 11    Do you recall seeing this document before today?

12:04PM 12         A.   I can't tell you when I saw this, but it

12:04PM 13    looks familiar.   I don't know for sure.

12:04PM 14         Q.   Okay.

12:04PM 15         A.   I don't know what to tell you.

12:04PM 16         Q.   Do you recall receiving -- let -- let me

12:04PM 17    ask you first.   Read for the record the paragraph

12:04PM 18    that starts out "Well, clearly you are not."

12:04PM 19         A.   "Well, clearly you are not my father

12:04PM 20    like this says, but our DNA must be pretty similar.

12:05PM 21    I know very little about this as I just got my

12:05PM 22    results recently.   I don't know how accurate all of

12:05PM 23    this is, although it has told -- it has told me some

12:05PM 24    people are matches that I already knew were related

12:05PM 25    to me.   Not seeing any matches in our trees, but

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

94

| | | |
|---|---|---|
| 12:05PM | 1 | maybe we can figure out the connection.  Thank you." |
| 12:05PM | 2 | Q.    Okay.  Do you recall receiving that |
| 12:05PM | 3 | message through Match -- excuse me -- through |
| 12:05PM | 4 | Ancestry.com? |
| 12:05PM | 5 | A.    Yes. |
| 12:05PM | 6 | Q.    Okay.  What was your reaction when you |
| 12:05PM | 7 | saw this message? |
| 12:05PM | 8 | A.    I guess a little bit of surprise. |
| 12:06PM | 9 | Q.    Why? |
| 12:06PM | 10 | A.    I don't know.  It just seemed surprising |
| 12:06PM | 11 | to me to -- to see -- to see this. |
| 12:06PM | 12 | Q.    Did you know that it was from a child |
| 12:06PM | 13 | who was biologically yours? |
| 12:06PM | 14 | A.    Yes. |
| 12:06PM | 15 | Q.    Okay.  And you knew that at the time you |
| 12:06PM | 16 | received it? |
| 12:06PM | 17 | A.    Yes. |
| 12:06PM | 18 | Q.    Why did you -- did you respond to this |
| 12:06PM | 19 | message? |
| 12:06PM | 20 | A.    I don't remember. |
| 12:06PM | 21 | Q.    Do you know any reason that you would |
| 12:06PM | 22 | have responded to ██████████ but you didn't respond |
| 12:06PM | 23 | to this message from Ms. Rowlette? |
| 12:07PM | 24 | A.    I don't know. |
| 12:07PM | 25 | Q.    Did you do anything to correct what you |

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

109

01:34PM 1   exhibit that is blank?

01:34PM 2        A.   Yes, the signature.  Yes.

01:34PM 3        Q.   Okay.  And -- but do you recall signing

01:34PM 4   a verification for that document?

01:34PM 5        A.   No.

01:34PM 6        Q.   Okay.

01:34PM 7        A.   But I'm -- remind me or help me.

01:35PM 8        Q.   Well, I was just handed two documents by

01:35PM 9   your attorney notarized by Blake Hall --

01:35PM 10        A.   Okay.

01:35PM 11        Q.   -- that are entitled "Verification."

01:35PM 12        A.   Okay.

01:35PM 13        Q.   One of which has on the footer,

01:35PM 14   "Mortimer's Supplemental Answers to Plaintiffs' First

01:35PM 15   Set of Interrogatories."

01:35PM 16        A.   Okay.

01:35PM 17        Q.   So did you, in fact, at some point

01:35PM 18   today, sign a verification of this document?

01:35PM 19        A.   I haven't signed anything today.

01:35PM 20        Q.   You haven't?  Okay.

01:35PM 21        Did you sign something in front of Blake

01:35PM 22   Hall as a notary yesterday?

01:35PM 23        THE WITNESS:  I don't think so, did I?

01:35PM 24        MR. POWERS:  I don't know.

01:35PM 25        Q.   BY MR. MEEHAN:  Well, I was -- so if

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

110

01:35PM 1 Blake Hall has notarized your signature on the 11th

01:36PM 2 of December, 2018, that is inaccurate?

01:36PM 3      A.   On here?  Or on --

01:36PM 4      Q.   On -- on the verification that I'm

01:36PM 5 holding in my hand.

01:36PM 6      A.   Oh, that is my signature, and that -- I

01:36PM 7 think that is correct that I signed that today.

01:36PM 8      Q.   You did sign this today?

01:36PM 9      A.   I think so.

01:36PM 10      Q.   Are you sure?  I'm a little concerned

01:36PM 11 because, just a minute ago, you said you hadn't

01:36PM 12 signed anything today.

01:36PM 13      A.   Well, my memory is bad.  Sorry.  So...

01:36PM 14      Q.   Is there any medical diagnosis beyond

01:36PM 15 what you've already divulged to me that would

01:36PM 16 impact -- that would explain your memory issues?

01:36PM 17      A.   I don't have a diagnosis except to say

01:37PM 18 that I -- I have some difficulties with my memory,

01:37PM 19 but I've -- I don't have a diagnosis for you.

01:37PM 20      Q.   Okay.

01:37PM 21      A.   But...

01:37PM 22      Q.   Do you remember signing doc- -- two

01:37PM 23 documents in front of Blake Hall as a notary today or

01:37PM 24 not?

01:37PM 25      A.   I don't remember signing anything in

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

111

| | | |
|---|---|---|
| 01:37PM | 1 | front of Blake as a notary today. |
| 01:37PM | 2 | Q.   Okay. |
| 01:37PM | 3 | MR. MEEHAN:  Would you mind if we marked |
| 01:37PM | 4 | these as *-13A and *-B? |
| 01:37PM | 5 | MR. POWERS:  No. |
| 01:37PM | 6 | MR. MEEHAN:  That's okay with you? |
| 01:38PM | 7 | MR. FRIESS:  Do you want me to make copies so |
| 01:38PM | 8 | you don't use the originals? |
| 01:38PM | 9 | MR. MEEHAN:  That would be great, if you |
| 01:38PM | 10 | would, please. |
| 01:38PM | 11 | MR. HALL:  Here.  You can use these copies. |
| 01:38PM | 12 | I don't need separate copies. |
| 01:38PM | 13 | MR. POWERS:  Let's go off the record -- let's |
| 01:38PM | 14 | go off the record for a second. |
| 01:38PM | 15 | (A recess was taken from 1:38 p.m. to |
| 01:38PM | 16 | 1:39 p.m.) |
| 01:38PM | 17 | (Exhibit *-13 was changed to |
| 01:38PM | 18 | Exhibit *-13A.) |
| 01:39PM | 19 | (Exhibit *-13B marked.) |
| 01:39PM | 20 | Q.   BY MR. MEEHAN:  Okay.  So you have been |
| 01:39PM | 21 | handed a document that is now marked as *-13A.  It |
| 01:39PM | 22 | was originally marked *-13, but we have now changed |
| 01:39PM | 23 | that marking to *-13A. |
| 01:39PM | 24 | Do you see that? |
| 01:39PM | 25 | A.   Yes. |

1                    REPORTER'S CERTIFICATE

2

3   STATE OF IDAHO            )
                             )   ss.
4   COUNTY OF BONNEVILLE      )

5

6

7        I, Amber S. Williams, Court Reporter and Notary
    Public in and for the State of Idaho, do hereby
8   certify:
         That prior to being examined Gerald E. Mortimer,
9   M.D., the witness named in the foregoing deposition,
    was by me duly sworn to testify to the truth, the
10  whole truth, and nothing but the truth;
         That said deposition was taken down by me in
11  shorthand at the time and place therein named and
    thereafter reduced to typewriting under my direction,
12  and that the foregoing transcript contains a full,
    true, and verbatim record of said deposition.
13       I further certify that I have no interest in the
    event of the action.
14       WITNESS my hand and seal this 19th day of
    December 2018.

15

16

17

18

19

20                        Amber S. Williams
                          Court Reporter & Notary
21                        Public in and for
                          the State of Idaho
22                        SRL-1080

23

24   My Commission Expires:   06-01-21

25