# EXHIBIT D

Raymond D. Powers
ISB # 2737; rdp@powerstolman.com
Portia L. Rauer
ISB # 7233; plr@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
702 West Idaho Street, Suite 700
Boise, ID 83702
Post Office Box 9756
Boise, ID 83707
Telephone: (208) 577-5100
Facsimile: (208) 577-5101
W:\41\41-036\Records and Discovery\Resp Pl RFP 01.docx

Attorneys for Defendant Gerald E. Mortimer, M.D.

IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KELLI ROWLETTE, an individual, SALLY ASHBY, an individual, and HOWARD FOWLER, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GERALD E. MORTIMER, M.D., LINDA G. McKINNON MORTIMER, and the marital community comprised thereof, and OBSTETRICS AND GYNECOLOGY ASSOCIATES OF IDAHO FALLS, P.A. an Idaho professional corporation, <br><br> Defendants. | Case No. 4:18-CV-00143-DCN <br><br> **MORTIMER'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** |



Exhibit No. 6
Date: 12-11-19
Mortimer
T&T REPORTING

**COMES NOW**, Defendant Gerald E. Mortimer, M.D., ("Defendant"), by and through his attorneys of record, Powers Tolman Farley, PLLC, and hereby responds to Plaintiff's First Set of Requests for Production propounded on September 27, 2018, as follows:

MORTIMER'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION - 1

based on the assumption of facts not in evidence, is irrelevant, and not likely to lead to the discovery of admissible evidence. Without waiving said objection, Dr. Mortimer does not recall inseminating patients with his own sperm nor does he recall other physicians or employees of OGA inseminating patients with their own sperm, therefore, Dr. Mortimer is unaware of documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 20**: Please produce complete copies of all documents, correspondence, or electronically stored information relating in any way to the purchase and sale of your interest in the business of Obstetrics and Gynecology Associates of Idaho Falls, P.A.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20**: Dr. Mortimer objects to the request on the grounds it is irrelevant and not likely to lead to the discovery of admissible evidence. Without waiving said objection, Dr. Mortimer does not have documents responsive to this request.

**REQUEST FOR PRODUCTION NO. 21**: Please produce a copy of all documents, correspondence, and electronically stored information pertaining to any revocation, suspension, or grievance disclosed in response to interrogatory number 14.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21**: Dr. Mortimer objects to this request on the grounds it seeks information protected by Idaho Code § 39-1392 *et. seq.*

**REQUEST FOR PRODUCTION NO. 22**: Please produce a copy of all documents, correspondence, and electronically stored information pertaining to any lawsuit you have been a party to.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22**: Dr. Mortimer objects to this request on the grounds it is overly broad, irrelevant, seeks information not likely to lead to the discovery of admissible evidence, seeks information protected by attorney-client privilege, and seeks information accessible to Plaintiffs to the extent such is available through court websites.

Without waiving said objections, Dr. Mortimer does not have documents to this request since he has not been involved in any other litigation besides the litigation now pending.

**REQUEST FOR PRODUCTION NO. 23**: Please produce a copy of each and every exhibit you expect to offer at trial, including learned treatises and illustrative exhibits.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23**: Dr. Mortimer has not determined which exhibits he intends to offer at the trial of this matter. Dr. Mortimer reserves the right to offer any documents produced in discovery by any of the parties in this litigation. See the document produced herein as PTF 35. Since discovery is ongoing, this request will be supplemented in accordance with the Court's scheduling order and the Federal Rules of Civil Procedure.

DATED this 2nd day of November, 2018.

POWERS TOLMAN FARLEY, PLLC

By _____
Raymond D. Powers - Of the Firm
Portia L. Rauer - Of the Firm
*Attorneys for Defendant Gerald E. Mortimer, M.D.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of November, 2018, I caused to be served a true copy of the foregoing **MORTIMER'S RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION**, by electronic means to the following:

Jillian A. Harlington, jharlington@walkerheye.com
Matthew M. Purcell, mp@purcellfamilylaw.com
Shea C. Meehan, smeehan@walkerheye.com
*Attorneys for Plaintiffs*

J. Michael Wheiler, wheiler@thwlaw.com
Richard R. Friess, friess@thwlaw.com
*Attorneys for OB-GYN Associates*

_____
Raymond D. Powers
Portia L. Rauer