# EXHIBIT F

**EXHIBIT F**

Raymond D. Powers
ISB # 2737; rdp@powerstolman.com
Portia L. Rauer
ISB # 7233; plr@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
702 West Idaho Street, Suite 700
Boise, ID 83702
Post Office Box 9756
Boise, ID 83707
Telephone: (208) 577-5100
Facsimile: (208) 577-5101
W:\41\41-036\Records and Discovery\Resp Pl RFP 01.docx

Attorneys for Defendant Gerald E. Mortimer, M.D.

IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KELLI ROWLETTE, an individual, SALLY ASHBY, an individual, and HOWARD FOWLER, an individual, | Case No. 4:18-CV-00143-DCN |
| Plaintiffs, | **MORTIMER'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION** |
| vs. | |
| GERALD E. MORTIMER, M.D., LINDA G. McKINNON MORTIMER, and the marital community comprised thereof, and OBSTETRICS AND GYNECOLOGY ASSOCIATES OF IDAHO FALLS, P.A. an Idaho professional corporation, | |
| Defendants. | |



Exhibit No. 7
Date: 12-11-18
Mortimer
T&T REPORTING

MORTIMER'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION - 1

COMES NOW, Defendant Gerald E. Mortimer, M.D., ("Defendant"), by and through his attorneys of record, Powers Tolman Farley, PLLC, and hereby supplements his response to Plaintiffs' First Set of Requests for Production propounded on September 27, 2018, as follows:

**REQUEST FOR PRODUCTION NO. 5**: Please produce color copies of a representative sample of photographs of you between 1979 and 1981.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5**: Dr. Mortimer is in the process of gathering documents responsive to this request. Since discovery is ongoing, this response will be supplemented in accordance with the Court's scheduling order and the Federal Rules of Civil Procedure.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 5**: See the attached photograph produced as PTF 48.

DATED this 10th day of December, 2018.

POWERS TOLMAN FARLEY, PLLC

By _____
Raymond D. Powers - Of the Firm
Portia L. Rauer - Of the Firm
*Attorneys for Defendant Gerald E. Mortimer, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of December, 2018, I caused to be served a true copy of the foregoing **MORTIMER'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION**, electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jillian A. Harlington, jharlington@walkerheye.com
Matthew M. Purcell, mp@purcellfamilylaw.com
Shea C. Meehan, smeehan@walkerheye.com
*Attorneys for Plaintiffs*

J. Michael Wheiler, wheiler@thwlaw.com
Richard R. Friess, friess@thwlaw.com
*Attorneys for OB-GYN Associates*

Raymond D. Powers
Portia L. Rauer

MORTIMER'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION - 3

