# EXHIBIT G

**EXHIBIT G**

Raymond D. Powers
ISB # 2737; rdp@powerstolman.com
Portia L. Rauer
ISB # 7233; plr@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
702 West Idaho Street, Suite 700
Boise, ID 83702
Post Office Box 9756
Boise, ID 83707
Telephone: (208) 577-5100
Facsimile: (208) 577-5101
W:\41\41-036\Records and Discovery\Ans Pl INT 01 - Supp 01.docx

Attorneys for Defendant Gerald E. Mortimer, M.D.

IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KELLI ROWLETTE, an individual, SALLY ASHBY, an individual, and HOWARD FOWLER, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GERALD E. MORTIMER, M.D., LINDA G. McKINNON MORTIMER, and the marital community comprised thereof, and OBSTETRICS AND GYNECOLOGY ASSOCIATES OF IDAHO FALLS, P.A. an Idaho professional corporation, <br><br> Defendants. | Case No. 4:18-CV-00143-DCN <br><br> **MORTIMER'S SUPPLEMENTAL ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** |



Exhibit No. 13-A
Date: 12-11-18
Mortimer
**T&T REPORTING**

MORTIMER'S SUPPLEMENTAL ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES - 1

**COMES NOW**, Defendant Gerald E. Mortimer, M.D., by and through his attorneys of record, Powers Tolman Farley, PLLC, and hereby answers Plaintiffs' First Set of Interrogatories propounded on September 27, 2018, as follows:

<u>**INTERROGATORY NO. 4**</u>: Identify all individuals that were aware, prior to 2018, that you used your sperm to inseminate Sally Ashby or other patients and explain with particularity the knowledge you understood that person to have prior to 2018.

<u>**ANSWER TO INTERROGATORY NO. 4**</u>: Dr. Mortimer objects to the interrogatory on the grounds that it is overly broad, unduly burdensome, harassing, assumes facts not in evidence, calls for speculation, and asks for information that is irrelevant and not likely to lead to the discovery of admissible evidence. Without waiving said objections, Dr. Mortimer does not recall using his sperm to inseminate patients, including Sally Ashby, and therefore cannot provide further information responsive to this interrogatory.

<u>**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 4**</u>: Without waiving said objections, ==Dr. Mortimer does not have specific recall about inseminating Ms. Ashby, or any other particular patient, with his own sperm.== Dr. Mortimer recalls generally, however, that on occasion he would donate his own sperm when no other sperm donors were available to inseminate his patients who presented to his office and were ovulating and the patients had requested an anonymous donor. He did so for the sole purpose of helping his patients achieve conception. He did not inform anyone in his office of this practice, nor did he inform his patients.

<u>**INTERROGATORY NO. 5**</u>: Explain with particularity, each and every step of the insemination procedure you used for patients in 1979 and 1980, including but not limited to how you identified potential sperm donors, how sperm was collected, your process for keeping donors anonymous, your process for determining the safety of donor sperm, how sperm was tested,

MORTIMER'S SUPPLEMENTAL ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES - 2

g) whether your wife knew you were providing sperm to inseminate patients prior to 2018.

**ANSWER TO INTERROGATORY NO. 9**:  Dr. Mortimer objects to the interrogatory on the grounds that it is overly broad, unduly burdensome, harassing, and assumes facts not in evidence.  Without waiving said objections, Dr. Mortimer does not recall providing his own sperm for artificial insemination.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 9**:  Without waiving said objections, Dr. Mortimer admits using his own sperm from time to time to inseminate his patients, as described above, for the sole purpose of helping his patients conceive when they were ovulating, when there was no other donor available, and when the husband's sperm was ineffective in fertilizing the egg.  He does not recall inseminating Ms. Ashby with his own sperm.  He does not recall the date he began or ceased this practice.  He does not recall the number or identity of his patients.  There was no storing, testing, or processing of sperm that he can recall.  He was not paid for his sperm.

**INTERROGATORY NO. 10**:  State whether, during your treatment of plaintiffs for infertility, you requested and received custody of a semen sample from plaintiff Howard Fowler, and for each such occasion state the date on which you received it and what you did with such sample.

**ANSWER TO INTERROGATORY NO. 10**:  Dr. Mortimer has no specific recollection of Ms. Ashby or Mr. Fowler beyond what is set forth in his medical records for Ms. Ashby, which have been produced.  Dr. Mortimer is aware through Ms. Ashby's medical records that Ms. Ashby's husband provided sperm for insemination.  Dr. Mortimer does not recall requesting or receiving custody of Mr. Fowler's semen sample.  Please see Ms. Ashby's medical records for any additional information responsive to this interrogatory.

**INTERROGATORY NO. 19:**  Did you ever masturbate in the offices of OGA? If so, how many times, when and for what purpose(s)?

**ANSWER TO INTERROGATORY NO. 19**:  Dr. Mortimer objects to the interrogatory on the ground that it is intended to harass.  Without waiving said objection, Dr. Mortimer does not recall masturbating in the offices of OGA.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 19**: **Yes.  Dr. Mortimer cannot recall the how often or when.  Dr. Mortimer did so for the sole purpose of helping his patients conceive when they were ovulating, when there was no other donor available, and when the husband's sperm was ineffective in fertilizing the egg.**

DATED this 10th day of December, 2018.

POWERS TOLMAN FARLEY, PLLC

By  /s/ Peter Power
Raymond D. Powers - Of the Firm
Portia L. Rauer - Of the Firm
*Attorneys for Defendant Gerald E. Mortimer, M.D.*

MORTIMER'S SUPPLEMENTAL ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES - 6

# VERIFICATION

STATE OF IDAHO            )
                          : ss.
County of _____       )


Gerald E. Mortimer, M.D., being first duly sworn upon oath, deposes and says:

That I am one of the defendants in the above-entitled action, and that I read the foregoing answers to interrogatories, knows the contents thereof, and believes the same to be true.


By_____


SUBSCRIBED AND SWORN to before me this ____ day of _____, 2018.


_____
NOTARY PUBLIC FOR IDAHO
Residing at:_____
My Commission Expires:_____

MORTIMER'S SUPPLEMENTAL ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES - 7

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of December, 2018, I caused to be served a true copy of the foregoing **MORTIMER'S SUPPLEMENTAL ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**, by electronic means to the addressees below:

Jillian A. Harlington, jharlington@walkerheye.com
Matthew M. Purcell, mp@purcellfamilylaw.com
Shea C. Meehan, smeehan@walkerheye.com
*Attorneys for Plaintiffs*

J. Michael Wheiler, wheiler@thwlaw.com
Richard R. Friess, friess@thwlaw.com
*Attorneys for OB-GYN Associates*

_____
Raymond D. Powers
Portia L. Rauer