Raymond D. Powers
ISB # 2737; rdp@powersfarley.com
Portia L. Rauer
ISB # 7233; plr@powersfarley.com
Andrew J. LaPorta
ISB # 10483; ajl@powersfarley.com
POWERS FARLEY, PC
702 West Idaho Street, Suite 700
Boise, ID 83702
Post Office Box 9756
Boise, ID 83707
Telephone: (208) 577-5100
Facsimile: (208) 577-5101
W:\41\41-036\Motions\MSJ\Motion.docx

Attorneys for Defendants Gerald E. Mortimer, M.D.
    and Linda G. McKinnon Mortimer

IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SALLY ASHBY, an individual, and HOWARD FOWLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GERALD E. MORTIMER, M.D., and OBSTETRICS AND GYNECOLOGY ASSOCIATES OF IDAHO FALLS, P.A. an Idaho professional corporation,<br><br>Defendants. | Case No.  4:18-CV-00143-DCN<br><br>**DEFENDANT GERALD E. MORTIMER, M.D.'S MOTION FOR SUMMARY JUDGMENT** |

**COMES NOW** Defendant, Gerald E. Mortimer, M.D., by and through his undersigned counsel of record, Powers Farley, PC, and pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, respectfully moves this Court for an order granting summary judgment in his favor and

dismissing, with prejudice, the Complaint in this matter. This motion is made on the grounds that: Plaintiffs have failed to establish a *prima facie* case of medical malpractice, and, plaintiffs cannot prove their medical malpractice claim because they have failed to show any physical injury or damage.

This motion is supported by the pleadings and records on file herein, as well as the memorandum in support of summary judgment, the statement of undisputed facts, and the declaration of Andrew J. LaPorta filed contemporaneously herewith.

ORAL ARGUMENT IS REQUESTED.

DATED this 5th day of April, 2019.

        POWERS FARLEY, PC

        By\_\_ /s/ Portia L. Rauer
         Raymond D. Powers - Of the Firm
         Portia L. Rauer - Of the Firm
         Andrew J. LaPorta – Of the Firm
         *Attorneys for Defendants Gerald E. Mortimer,*
         *M.D. and Linda G. McKinnon Mortimer*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of April, 2019, I caused to be served a true copy of the foregoing **DEFENDANT GERALD E. MORTIMER, M.D.'S MOTION FOR SUMMARY JUDGMENT**, electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jillian A. Harlington, jharlington@walkerheye.com
Matthew M. Purcell, mp@purcellfamilylaw.com
Shea C. Meehan, smeehan@walkerheye.com
*Attorneys for Plaintiffs*

J. Michael Wheiler, wheiler@thwlaw.com
Richard R. Friess, friess@thwlaw.com
*Attorneys for OB-GYN Associates*

    /s/ Portia L. Rauer
Raymond D. Powers
Portia L. Rauer
Andrew J. LaPorta