EmailMyTexts2018_10_24_11_37_28.txt



To YOU
Date : 03/18/2017 11:30:50 AM
We need to tell Kelli! This is making me  a nervous wreak! Let me know!

Page 3

PLAINTIFF - 014299