J. Michael Wheiler, ISB #3364
wheiler@thwlaw.com
Richard R. Friess, ISB #7820
friess@thwlaw.com
THOMSEN HOLMAN WHEILER, PLLC
2635 Channing Way
Idaho Falls, ID 83404
Tel: (208) 522-1230
Fax: (208) 522-1277

Attorneys for Defendant Obstetrics & Gynecology Associates of Idaho Falls, P.A.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KELLI ROWLETTE, an individual, SALLY ASHBY, an individual, and HOWARD FOWLER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GERALD E. MORITMER, M.D., LINDA G. McKINNON MORTIMER, and the marital community comprised thereof, and OBSTETRICS AND GYNECOLOGY ASSOCIATES OF IDAHO FALLS, P.A., an Idaho professional corporation,<br><br>Defendants. | Case No. 4:18-CV-00143-DCN<br><br><br>DEFENDANT OBSTETRICS AND GYNECOLOGY ASSOCIATES OF IDAHO FALLS, P.A.'S MOTION FOR SUMMARY JUDGMENT |

COMES NOW, Defendant Obstetrics and Gynecology Associates of Idaho Falls, P.A., and pursuant to F.R.C.P. 56 submits its Motion for Summary Judgment. This motion is made on the grounds that OGA cannot be held liable for the conduct of Dr. Mortimer under respondeat superior and Plaintiffs cannot prove their claim for negligent supervision.

1 –  DEFENDANT OBSTETRICS AND GYNECOLOGY ASSOCIATES OF IDAHO FALLS, P.A.'S MOTION FOR SUMMARY JUDGMENT

This Motion is supported by the Memorandum in Support of Defendant Obstetrics and Gynecology Associates of Idaho Falls, P.A.'s Motion for Summary Judgment, the Statement of Undisputed Material Facts in Support of Defendant Obstetrics and Gynecology Associates of Idaho Falls, P.A.'s Motion for Summary Judgment, the Declaration of Richard R. Friess, the Affidavit of C. Jay Kindred, M.D. and the Affidavit of R. Douglas Isbell, M.D., all filed contemporaneously herewith.

ORAL ARGUMENT IS REQUESTED

DATED this 8th day of April, 2019.

By: _____
Richard R. Friess

## CERTIFICATE OF SERVICE

I hereby certify that on April 8th, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

Jillian A. Harlington, jharlington@walkerheye.com
Matthew M. Purcell, mp@purcellfamilylaw.com
Shea C. Meehan, smeehan@walkerheye.com
*Attorneys for Plaintiffs*

Raymond D. Powers, rdp@powerstolman.com
Portia L. Rauer, plr@powerstolman.com
*Attorneys for Gerald E. Mortimer, M.D. & Linda G. McKinnon Mortimer*

By: _____
Richard R. Friess

JMW/7800.037/PLEADINGS/012 MOT SJ

2 –   DEFENDANT OBSTETRICS AND GYNECOLOGY ASSOCIATES OF IDAHO FALLS, P.A.'S MOTION FOR SUMMARY JUDGMENT