**In The Matter Of:**

*ROWLETTE, et al. vs.*
*MORTIMER, M.D., et al.*

---

*GERALD E. MORTIMER, M.D.*
*December 11, 2018*
*Video Deposition*

---

*T&T Reporting, LLC*
*477 Shoup Avenue, Suite 105*
*Idaho Falls, Idaho  83402*

Min-U-Script® with Word Index

**Video Deposition**

1

<pre>
 1              UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF IDAHO

 3   KELLI ROWLETTE, an individual,        )
     SALLY ASHBY, an individual, and       )
 4   HOWARD FOWLER, an individual,         ) Cause No.
                                           ) 4:18-CV 00143
 5                       Plaintiffs,       ) DCN
     vs.                                   )
 6                                         )
                                           )
 7                                         )
     GERALD E. MORTIMER, M.D., LINDA G.    )
 8   MCKINNON MORTIMER, and the marital    )
     community comprised thereof, and     )
 9   OBSTETRICS AND GYNECOLOGY             )
     ASSOCIATES OF IDAHO FALLS, P.A., an   )
10   Idaho professional corporation,      )
                                           )
11                       Defendants.       )

12

13           DEPOSITION OF GERALD E. MORTIMER, M.D.

14           Tuesday, December 11, 2018, 9:00 a.m.

15                      Idaho Falls, Idaho

16

17

18

19           BE IT REMEMBERED that the deposition of
     Gerald E. Mortimer, M.D. was taken by the attorney
20   for the plaintiffs at the office of Thomsen Holman
     Wheiler, PLLC, located at 2635 Channing Way, Idaho
21   Falls, Idaho, before Amber S. Williams, Court
     Reporter and Notary Public, in and for the State of
22   Idaho, in the above-entitled matter.

23

24

25
</pre>

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

21

09:25AM 1  to become pregnant and are having difficulty doing

09:25AM 2  that and how can I help?

09:25AM 3      Q.  And the idea that you came up with was

09:25AM 4  inseminating them with your own semen?

09:25AM 5      A.  Well, it was very limited.  It was not

09:25AM 6  something that I did for a lot of patients.  It was a

09:25AM 7  very limited thing.

09:25AM 8      Q.  The first time that you inseminated a

09:25AM 9  patient with your own semen, did you tell the patient

09:26AM 10  that that was the opportunity that you were giving

09:26AM 11  them, was to have your child?

09:26AM 12      A.  No.

09:26AM 13      Q.  Was the first time that you inseminated

09:26AM 14  a patient with your own semen before you met

09:26AM 15  Ms. Ashby who was then Ms. Fowler?

09:26AM 16      A.  I don't remember.

09:26AM 17      Q.  Do you remember if Ms. Ashby was the

09:26AM 18  first one of your patients that you inseminated with

09:26AM 19  your own semen?

09:26AM 20      A.  I think she may have been, yes.

09:26AM 21      Q.  You don't remember inseminating any

09:26AM 22  patient with your own semen prior to Ms. Ashby?

09:26AM 23      A.  I don't.

09:27AM 24      Q.  We'll come back to all of that in a few

09:27AM 25  minutes.

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

27

| 09:35AM | 1 | I -- that I was a sperm donor; that I did those |

09:35AM  1   I -- that I was a sperm donor; that I did those

09:35AM  2   things in the past.  I guess I feel -- I feel bad

09:35AM  3   about that.  I wish -- I wish I hadn't done it.

09:36AM  4        Q.   As you sit here today, do you understand

09:36AM  5   that what you did was wrong?

09:36AM  6        A.   Yes.

09:36AM  7        Q.   And, as you sit here today, do you

09:36AM  8   understand how the wrong thing that you did could

09:36AM  9   cause somebody emotional distress?

09:36AM 10        A.   Yes.  I understand that.

09:36AM 11        Q.   Do you understand that finding out that

09:36AM 12   your trusted physician inseminated you with his own

09:36AM 13   semen without your knowledge could cause emotional

09:36AM 14   distress?

09:36AM 15        A.   Yes.

09:36AM 16        Q.   Okay.  And do you understand how being

09:37AM 17   the husband of a person whose physician inseminated

09:37AM 18   them with his own semen could cause distress?

09:37AM 19        A.   Yes.

09:37AM 20        Q.   Do you understand that, as a child --

09:37AM 21   that finding out that the man that you thought was

09:37AM 22   your father is not actually your biological father

09:37AM 23   could cause emotional distress?

09:37AM 24        A.   Yes.

09:37AM 25        Q.   Can you understand, as you sit here

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

28

09:37AM 1    today, that finding out that not only is your father

09:38AM 2    not your biological father but that you are the

09:38AM 3    result of your mother being inseminated with her

09:38AM 4    physician's own semen without her knowledge could

09:38AM 5    cause additional distress?

09:38AM 6          A.    Yes.

09:38AM 7          Q.    If I told you that the events that bring

09:38AM 8    us here today caused Sally Ashby severe emotional

09:38AM 9    distress, would you have any reason to dispute that?

09:38AM 10         A.    No.

09:38AM 11         Q.    If I told you that the events that bring

09:38AM 12   us here today caused Howard Fowler severe emotional

09:38AM 13   distress, would you have any reason to dispute that?

09:39AM 14         A.    No.

09:39AM 15         Q.    If I told you that the events that

09:39AM 16   brought us here today caused Kelli Rowlette severe

09:39AM 17   emotional distress, would you have any reason to

09:39AM 18   dispute that?

09:39AM 19         A.    No.

09:39AM 20         Q.    Is it truthful to say that you don't

09:39AM 21   remember something when you actually do remember it?

09:39AM 22         A.    That's not truthful.

09:39AM 23         Q.    Okay.  Are you taking any medications

09:39AM 24   today that would prevent you from giving honest and

09:39AM 25   truthful answers?

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

33

09:49AM 1          A.    But I don't remember for sure.  May be

09:49AM 2    more than one or two -- may have been more than one

09:49AM 3    or two times.

09:49AM 4          Q.    Are you aware that Ancestry.com

09:49AM 5    predicted a parent/child relationship between you and

09:49AM 6    Kelli Rowlette?

09:49AM 7          A.    Yes.

09:49AM 8          Q.    Okay.  And I'll represent to you that

09:49AM 9    the document that you've been provided as Exhibit *-1

09:49AM 10   is from Ancestry.com, and it predicts a parent/child

09:50AM 11   relationship with Gerald Elbert Mortimer.

09:50AM 12          Do you see that?

09:50AM 13          A.    Yes.

09:50AM 14          Q.    Okay.  And I'll represent to you that

09:50AM 15   this was provided to me by Kelli Rowlette from her

09:50AM 16   account.

09:50AM 17          Are you aware of any reason that

09:50AM 18   Ancestry.com would predict you to be Kelli Rowlette's

09:50AM 19   biological father, other than the fact that you are

09:50AM 20   actually Kelli Rowlette's biological father?

09:50AM 21          A.    I can't think of any other reason.

09:50AM 22          Q.    Are you Kelli Rowlette's biological

09:50AM 23   father?

09:50AM 24          A.    I -- yes.  I think I am.

09:50AM 25          Q.    At this time, you have no reason to

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

88

11:54AM 1          Q.   You don't remember masturbating at your

11:54AM 2     office?

11:54AM 3          A.   I do not.  I don't think I ever did that

11:54AM 4     in my office.

11:54AM 5          Q.   What was the process when you brought

11:54AM 6     your own donor semen to the office?  Was that then

11:54AM 7     given to a nurse?  How was the exchange made?

11:54AM 8          A.    It was given to a nurse.  She didn't

11:54AM 9     know the source.  She didn't know that I didn't meet

11:55AM 10    Dr. Cannon or what -- you know, she didn't know the

11:55AM 11    source.  I would hand her the -- she would prepare

11:55AM 12    it, and then we would take care of it.

11:55AM 13         Q.   Did anybody ever ask you if the semen

11:55AM 14    samples that you were using were your own?

11:55AM 15         A.   I don't remember that they did.

11:55AM 16         Q.   But you don't specifically recall that

11:55AM 17    they didn't?

11:55AM 18         A.   I don't know the answer to that.

11:55AM 19         Q.   Okay.  So other people may have been

11:55AM 20    aware that you were using your own semen to

11:55AM 21    inseminate your patients?

11:55AM 22         A.   I don't think anyone knew that but me.

11:55AM 23         Q.    And these insemination processes,

11:55AM 24    whether -- well, let's just talk about when you were

11:55AM 25    the donor.  These took place at your office, correct?

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

89

11:56AM 1          A.    Yes.

11:56AM 2          Q.    Okay.  It was a part of your medical

11:56AM 3  practice, correct?

11:56AM 4          A.    To provide -- to provide donor

11:56AM 5  insemination?  Is that what you're asking?

11:56AM 6          Q.    Yes.  I'm saying that you were providing

11:56AM 7  your semen to inseminate your patients as part of

11:56AM 8  your medical practice, correct?

11:56AM 9          A.    Yes.

11:56AM 10         Q.    And you did that at the offices of

11:56AM 11  Obstetrics & Gynecology Associates, correct?

11:56AM 12         A.    Correct.

11:56AM 13         Q.    And you were a shareholder in Obstetrics

11:56AM 14  & Gynecology Associates, correct?

11:56AM 15         A.    Yes.

11:56AM 16         Q.    And you were also an employee of

11:56AM 17  Obstetrics & Gynecology Associates, correct?

11:56AM 18         A.    Yes.

11:56AM 19         Q.    And there's nothing that -- when you

11:57AM 20  were using your own semen to inseminate your

11:57AM 21  patients, there's nothing that would have caused that

11:57AM 22  patient to think that it was anything outside of the

11:57AM 23  ordinary course of your practice, correct?

11:57AM 24         A.    That's correct.

11:57AM 25         Q.    You don't know how many biological

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

116

01:44PM 1   were ovulating, when there was no other donor

01:45PM 2   available, and the husband's sperm was ineffective in

01:45PM 3   fertilizing the egg."

01:45PM 4         Q.  And the first word of that supplemental

01:45PM 5   answer is "Yes," that you did masturbate in the

01:45PM 6   offices of Obstetrics & Gynecology Associates,

01:45PM 7   correct?

01:45PM 8         A.  Well, that's what it says, but the other

01:45PM 9   one says that I don't remember doing it.

01:45PM 10         Q.  Well, you've testified today that you

01:45PM 11   didn't and you've put under oath in Exhibit *-13A

01:45PM 12   that you did.  So what's the truth, Dr. Mortimer?

01:45PM 13         A.  I -- the truth is that -- that I did.

01:45PM 14         Q.  Okay.  And when?

01:46PM 15         A.  I don't know when.

01:46PM 16         Q.  And how often?

01:46PM 17         A.  Not often.  Once in a while.  I don't

01:46PM 18   know.

01:46PM 19         Q.  And where?

01:46PM 20         A.  Where?

01:46PM 21         Q.  Yes.  Where in OGA's offices?

01:46PM 22         A.  In the -- in my private office bathroom.

01:46PM 23         Q.  Okay.  And was that the only place?

01:46PM 24         A.  Yes.

01:46PM 25         Q.  Okay.  And was it solely for the purpose

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

134

02:12PM 1    Howard Fowler, correct?

02:12PM 2           A.    Yes.

02:12PM 3           Q.    And that would make Howard Fowler your

02:12PM 4    patient, wouldn't it?

02:12PM 5           A.    Yes.

02:12PM 6           Q.    So the places where you state that

02:12PM 7    Howard Fowler is not your patient are inaccurate,

02:12PM 8    correct?

02:12PM 9           A.    Based on that.

02:12PM 10          Q.    You would agree with me that they're

02:12PM 11   inaccurate?

02:12PM 12          A.    Well, based on what we just discussed.

02:12PM 13          Q.    So if it says that he was -- if it says

02:12PM 14   Howard Fowler was not your patient, that's not the

02:12PM 15   truth, is it?

02:12PM 16          A.    It's not.

02:12PM 17          Q.    Okay.  Thank you.

02:12PM 18                I'd ask that you turn to page 8, Request

02:13PM 19   for Admission No. 32.

02:13PM 20                Would you please read Request for

02:13PM 21   Admission No. 32 for the record.

02:13PM 22          A.    "Dr. R. Douglas Isbell did not try to

02:13PM 23   stop you from using your own semen to inseminate

02:13PM 24   patients."

02:13PM 25          Q.    Okay.  And it is, in fact, true that

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

157

02:57PM 1          A.   It says the liquification is unknown.

02:57PM 2    So we don't know how long it took to liquify because

02:57PM 3    it was already -- it was unknown.

02:57PM 4          Q.   Okay.

02:57PM 5          A.   Okay.  And the volume is

02:58PM 6    5.5 milliliters, and the PH is 7.5, and 8 to 10 per

02:58PM 7    high-power field of white cells, and the count is

02:58PM 8    5 million.  The motility is 30 percent; the

02:58PM 9    morphology is 50 percent, which means 50 percent all

02:58PM 10   of them look normal, and the color was normal.

02:58PM 11         Q.   What's the significance to the

02:58PM 12   30 percent motility?

02:58PM 13         A.   That's a -- a greatly decreased

02:58PM 14   motility.

02:58PM 15         Q.   Okay.  So was this document a part of

02:58PM 16   what you based your diagnosis of low motility on?

02:58PM 17         A.   Yes.

02:58PM 18         Q.   Okay.  So based on this, you diagnosed

02:58PM 19   Howard Fowler with low motility?

02:58PM 20         A.   Yes.  30 percent.

02:58PM 21         Q.   Now, I ask you to look at the next page.

02:58PM 22         A.   Okay.

02:58PM 23         Q.   Is this your handwriting on this page?

02:58PM 24         A.   Yes.

02:58PM 25         Q.   Okay.  I would ask that you just walk me

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

160

03:01PM  1          A.    That's what it says.

03:01PM  2          Q.    Okay.  Please go through the note on

03:01PM  3   December 3rd, 1979.

03:02PM  4          A.    Okay.  It Has her weight.  On the

03:02PM  5   examine, she had no cysts on the ovary, which

03:02PM  6   sometimes you get with Clomid.  It says that her

03:02PM  7   basal body temperature was flat, which means it

03:02PM  8   didn't show ovulation, and we increased her Clomid to

03:02PM  9   15 which is three a day.

03:02PM 10          Q.    The next note appears to be

03:02PM 11   December 20th, of 1979; is that correct?

03:02PM 12          A.    Yes.  And she was phoned in some vaginal

03:02PM 13   cream called Monistat.

03:02PM 14          Q.    Okay.  And then the next note is from

03:02PM 15   January 2nd, of 1980.

03:02PM 16          A.    Okay.  And this says that it's -- she

03:02PM 17   was there for a Clomid check, and the basal body

03:02PM 18   temperature was biphasic, which means it showed

03:03PM 19   ovulation, and says, "We'll start husband on Clomid,

03:03PM 20   one daily.  Recheck sperm count next visit."

03:03PM 21          Q.    Okay.  So you were going to start

03:03PM 22   husband, which would be Howard Fowler, on Clomid,

03:03PM 23   correct?

03:03PM 24          A.    Yes.

03:03PM 25          Q.    Okay.  And then what does it say after

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

161

03:03PM  1   that?

03:03PM  2           A.    The next visit?

03:03PM  3           Q.    Well, it -- it says, "Will start husband

03:03PM  4   on Clomid one day" --

03:03PM  5           A.    Oh.  "Recheck sperm count next visit."

03:03PM  6           Q.    Okay.  And would that have required

03:03PM  7   writing a lab order so that --

03:03PM  8           A.    Or phoning it in.

03:03PM  9           Q.    Okay.  But it would have required you

03:03PM 10   making a lab order for him to have his sperm count

03:03PM 11   tested?

03:03PM 12           A.    Yes.

03:03PM 13           Q.    Okay.  Next note appears to be

03:03PM 14   February 1st, 1980.  Do you see that?

03:03PM 15           A.    Yes.

03:03PM 16           Q.    Please go through that note for me.

03:03PM 17           A.    Okay.  Weight the same.  Again, she's

03:04PM 18   there for a Clomid check.  At this time, we just

03:04PM 19   noted that the sperm count was 35 million with

03:04PM 20   50 percent motility.  The exam revealed no cysts, and

03:04PM 21   she was prescribed Clomid No. 15; the husband to

03:04PM 22   continue on Clomid.

03:04PM 23           Q.    And then in the next note on March 4th,

03:04PM 24   1980, it would appear.

03:04PM 25           A.    Okay.  Again, it's for a Clomid check,

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

164

03:06PM 1    workup, or part of this -- you have to do -- you have

03:06PM 2    to be completing your testing.

03:06PM 3           Q.   Okay.  And that requires that you're

03:07PM 4    treating both husband and wife for infertility,

03:07PM 5    correct?

03:07PM 6           A.   Well -- well, you're running a test on

03:07PM 7    the husband.  That doesn't necessarily mean that

03:07PM 8    you've -- that I'm treating him.

03:07PM 9           Q.   Okay.  You also prescribed Clomid for

03:07PM 10   him?

03:07PM 11          A.   Well, I did, but that doesn't always

03:07PM 12   apply.

03:07PM 13          Q.   Okay.  But in this case you prescribed

03:07PM 14   at least one drug for him and you ordered laboratory

03:07PM 15   testing for him.

03:07PM 16          A.   Okay.

03:07PM 17          Q.   Correct?

03:07PM 18          A.   Yes.

03:07PM 19          Q.   And that's not something that you would

03:07PM 20   do for a nonpatient, is it?

03:07PM 21          A.   No.

03:07PM 22          Q.   So it would be fair to say that Howard

03:07PM 23   Fowler, at this time, was your patient?  Correct?

03:07PM 24          A.   Yes.

03:07PM 25          Q.   Okay.  Tell me -- going down the list

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

168

03:12PM  1   for artificial insemination with her husband's --

03:12PM  2   okay.

03:12PM  3          Q.   And that corresponds to what you had

03:12PM  4   recommended on March 4th, of 1980?

03:12PM  5          A.   Okay.  Okay.

03:12PM  6          Q.   Is that correct?

03:12PM  7          A.   Yes.

03:12PM  8          Q.   And then on March 15th of 1980, there's

03:12PM  9   another note.

03:12PM 10          A.   Same.

03:12PM 11          Q.   Okay.  That indicates that she came in

03:12PM 12   for artificial insemination with her husband's sperm?

03:12PM 13          A.   Again.  Again.  And also two days later.

03:12PM 14          Q.   On March 17th of 1980?

03:12PM 15          A.   Right.

03:12PM 16          Q.   So that corresponds with what you had

03:12PM 17   recommended on March 4th?

03:12PM 18          A.   Right.

03:12PM 19          Q.   Okay.  Then there's a note on May 2nd of

03:12PM 20   1980.

03:12PM 21          A.   Okay.

03:12PM 22          Q.   And before we get into this note, let me

03:12PM 23   ask you.  Would there have been an entry made by you

03:12PM 24   every time you visited with Sally?  Would -- would

03:13PM 25   there be some note on this -- in these handwritten

Case 4:18-cv-00143-DCN   Document 63-3   Filed 05/10/19   Page 16 of 22
**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

169

03:13PM  1   notes?

03:13PM  2          A.   I would hope so, but I -- it's a long

03:13PM  3   time ago.  I don't know.

03:13PM  4          Q.   Okay.  Assuming that you were following

03:13PM  5   your standard clinical practices --

03:13PM  6          A.   I would make some kind of note.

03:13PM  7          Q.   Every time you see a patient?

03:13PM  8               Is that a "yes"?

03:13PM  9          A.   Well, yes.

03:13PM 10          Q.   Okay.  Sorry.  I just need the answers

03:13PM 11   aloud --

03:13PM 12          A.   Okay.

03:13PM 13          Q.   -- for the court reporter.

03:13PM 14          A.   Okay.

03:13PM 15          Q.   Go through the -- one other question.

03:13PM 16   Unless a mistake was made, I can assume that, if

03:13PM 17   there is no entry on a particular date, that you did

03:13PM 18   not see Sally Ashby on that date, correct?

03:13PM 19          A.   Correct.

03:13PM 20          Q.   Okay.  And if you would have seen just

03:13PM 21   Howard Fowler alone, you would have also made a note

03:13PM 22   in this chart?

03:13PM 23          A.   Yes.

03:13PM 24          Q.   Okay.  So you didn't keep a separate

03:14PM 25   chart for Howard Fowler?

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

170

03:14PM 1          A.    No.

03:14PM 2          Q.    So let's go through the note on May 2nd,

03:14PM 3    1980.

03:14PM 4          A.    Okay.  That's the patient's weight; the

03:14PM 5    nurse writes that she's here for a Clomid check;

03:14PM 6    prescribed Clomid No. 15 and recommended that she

03:14PM 7    have AID on 05/12 and 05/14.

03:14PM 8          Q.    "AID" would indicate artificial

03:14PM 9    insemination with a donor?

03:14PM 10         A.    Yes.  But they elected instead to do

03:14PM 11   AIH.  So they would have declined the donor and

03:14PM 12   wanted to use the husband.

03:14PM 13         Q.    And is that what's indicated by the

03:14PM 14   chart note of May 12th, 1980 where it says "AIH"?

03:14PM 15         A.    AIH.

03:15PM 16         Q.    Okay.  So on May 12th of 1980, you would

03:15PM 17   have performed an artificial insemination with

03:15PM 18   husband's sperm?

03:15PM 19         A.    Yes.

03:15PM 20         Q.    Next entry is May 14th, 1980.  Please go

03:15PM 21   through that for me.

03:15PM 22         A.    Okay.  And that's another time that we

03:15PM 23   did AIH, and it noted that her last period was the

03:15PM 24   30th of April, and we did the AI without difficulty.

03:15PM 25         Q.    Okay.  The next note is from June 3rd,

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

171

03:15PM 1    1980, correct?

03:15PM 2              A.    Okay.

03:15PM 3              Q.    Is that correct?

03:15PM 4              A.    That is correct.

03:15PM 5              Q.    Would you please go through that note

03:15PM 6    for me.

03:15PM 7              A.    Okay.  Again, the weight; she's in for a

03:15PM 8    Clomid check again, and the exam is she has no cysts,

03:15PM 9    and she was ovulatory on day 17, and so we elected to

03:16PM 10   do AIH with her husband on the 14th, and also, looks

03:16PM 11   like June 14th on day 14, or on -- well, days 14, 16,

03:16PM 12   and 18 of her cycle.

03:16PM 13             Q.    And that would correspond with June

03:16PM 14   12 --

03:16PM 15             A.    Yes.

03:16PM 16             Q.    -- 14, and 16?

03:16PM 17             A.    Yes.

03:16PM 18             Q.    Okay.  And so then there's the note --

03:16PM 19   the next note would appear to be from June 12th,

03:16PM 20   1980, correct?

03:16PM 21             A.    Yes.

03:16PM 22             Q.    And that -- it appears that there are

03:16PM 23   two notations "AIH."

03:16PM 24             A.    Well, one is the nurse and one is mine.

03:16PM 25             Q.    Okay.

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

172

03:16PM  1          A.   Or one is the secretary and one is mine.

03:16PM  2   It just says that she's coming for AIH, and I wrote

03:16PM  3   that she had AIH.

03:16PM  4          Q.   Okay.  The next date is June 16, 1980.

03:17PM  5   Do you see that?

03:17PM  6          A.   Yes.

03:17PM  7          Q.   Please read that note for me.

03:17PM  8          A.   Again, it's a note for AIH, and the

03:17PM  9   husband obtained the specimen at 4:00 without

03:17PM 10   difficulty.

03:17PM 11          Q.   And then what's the notation on the line

03:17PM 12   below that date over on the left side?

03:17PM 13          A.   I -- I don't know.  I don't know what

03:17PM 14   that is.

03:17PM 15          Q.   Okay.  The next date is August 11, 1980;

03:17PM 16   is that correct?

03:17PM 17          A.   Yes.

03:17PM 18          Q.   And what does that -- tell me what that

03:17PM 19   note says.

03:17PM 20          A.   Okay.  It says that her last period was

03:18PM 21   on the 31st and that we was going to start Clomid on

03:18PM 22   the 5th of August.

03:18PM 23          Q.   Okay.  And then on September 12th, 1980?

03:18PM 24          A.   The pregnancy test is positive.

03:18PM 25          Q.   Okay.  And then there was this note,

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

173

03:18PM 1    10/01/80, that got crossed out.  Do you see that?

03:18PM 2            A.    Well, I can't explain that.

03:18PM 3            Q.    Okay.  Is there anything in the chart

03:18PM 4    notes that are pages 5 and 9 of Exhibit *-19 that

03:18PM 5    indicates that Ms. Ashby was ever inseminated with

03:18PM 6    donor sperm?

03:18PM 7            A.    There's nothing in my chart.

03:19PM 8            Q.    Is there anything in any of the

03:19PM 9    documentation we've looked at in Exhibit *-19 -- so

03:19PM 10   pages 1 through 9 -- that you could point to that

03:19PM 11   would indicate that Ms. Ashby was ever inseminated

03:19PM 12   with donor sperm?  And I'm just asking pages 1

03:19PM 13   through 9.  We've got a few more to go through, so --

03:19PM 14           A.    Okay.  1 through 9.

03:19PM 15           Q.    Yep.

03:19PM 16           A.    Okay.  We noted that we might do it, but

03:19PM 17   we didn't ever do it, it looks like.

03:19PM 18           Q.    You never -- there's nothing in those

03:19PM 19   notes that would indicate that donor sperm was ever

03:19PM 20   used?

03:19PM 21           A.    Nope.  It's all AIH.

03:20PM 22           Q.    Okay.  Let's go to page 10, please.

03:20PM 23   Actually, I guess before we go to page 10 -- can you

03:20PM 24   explain to me why there wouldn't be a written

03:20PM 25   notation of donor sperm being used?

**GERALD E. MORTIMER, M.D. - December 11, 2018**
**Video Deposition**

174

03:20PM 1          A.   No.  I -- were -- I don't see -- I see

03:20PM 2    that we proposed having AID, but I never see any AID

03:20PM 3    on -- on here.

03:20PM 4          Q.   Is it possible that you inseminated

03:20PM 5    Sally Ashby, then Fowler, using your own semen

03:20PM 6    without informing her that you were using any semen

03:21PM 7    other than her husband's?

03:21PM 8          A.   I don't think so.

03:21PM 9          Q.   But if you were using what you believe

03:21PM 10   to be somebody else's semen, wouldn't that appear in

03:21PM 11   your records?

03:21PM 12         A.   It should, but it's -- it's -- all we

03:21PM 13   have here is AIH.

03:21PM 14         Q.   So that kind of entry is what I call

03:21PM 15   conspicuous by its absence.

03:21PM 16         A.   Well, there's no AID on here.

03:21PM 17         Q.   So when you did inseminate Ms. Ashby,

03:21PM 18   then Fowler, you didn't make a note of having used

03:21PM 19   donor sperm, correct?

03:21PM 20         A.   No.  There's no note in here, so that's

03:21PM 21   all I can tell you -- is there's no note in here.

03:21PM 22   I -- we're talking a long time ago.

03:21PM 23         Q.   What is page 10 of Exhibit *-19?

03:22PM 24         A.   It's a Pap smear.

03:22PM 25         Q.   Any specific significance to page 10

1                    REPORTER'S CERTIFICATE

2

3    STATE OF IDAHO              )
                                 )    ss.
4    COUNTY OF BONNEVILLE        )

5

6

7        I, Amber S. Williams, Court Reporter and Notary
     Public in and for the State of Idaho, do hereby
8    certify:
         That prior to being examined Gerald E. Mortimer,
9    M.D., the witness named in the foregoing deposition,
     was by me duly sworn to testify to the truth, the
10   whole truth, and nothing but the truth;
         That said deposition was taken down by me in
11   shorthand at the time and place therein named and
     thereafter reduced to typewriting under my direction,
12   and that the foregoing transcript contains a full,
     true, and verbatim record of said deposition.
13       I further certify that I have no interest in the
     event of the action.
14       WITNESS my hand and seal this 19th day of
     December 2018.

15

16

17

18

19

20                           Amber S. Williams
                             Court Reporter & Notary
21                           Public in and for
                             the State of Idaho
22                           SRL-1080

23

24   My Commission Expires:   06-01-21

25