# In The Matter Of:

*ROWLETTE, et al. vs.*
*MORTIMER, M.D., et al.*

---

*GERALD E. MORTIMER, M.D.*
*December 11, 2018*
*Video Deposition*

---

*T&T Reporting, LLC*
*477 Shoup Avenue, Suite 105*
*Idaho Falls, Idaho  83402*

**Min-U-Script® with Word Index**

```
                                                                    1

 1                 UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF IDAHO

 3   KELLI ROWLETTE, an individual,           )
     SALLY ASHBY, an individual, and          )
 4   HOWARD FOWLER, an individual,            ) Cause No.
                                              ) 4:18-CV 00143
 5                      Plaintiffs,           ) DCN
     vs.                                      )
 6                                            )
                                              )
 7                                            )
     GERALD E. MORTIMER, M.D., LINDA G.       )
 8   MCKINNON MORTIMER, and the marital       )
     community comprised thereof, and         )
 9   OBSTETRICS AND GYNECOLOGY                )
     ASSOCIATES OF IDAHO FALLS, P.A., an      )
10   Idaho professional corporation,          )
                                              )
11                      Defendants.           )

12

13          DEPOSITION OF GERALD E. MORTIMER, M.D.

14          Tuesday, December 11, 2018, 9:00 a.m.

15                    Idaho Falls, Idaho

16

17

18
             BE IT REMEMBERED that the deposition of
19   Gerald E. Mortimer, M.D. was taken by the attorney
     for the plaintiffs at the office of Thomsen Holman
20   Wheiler, PLLC, located at 2635 Channing Way, Idaho
     Falls, Idaho, before Amber S. Williams, Court
21   Reporter and Notary Public, in and for the State of
     Idaho, in the above-entitled matter.
22

23

24

25
```

14

| | | | |
|---|---|---|---|
| 09:13AM | 1 | A. | Yes. |
| 09:13AM | 2 | Q. | Do you have any other children? |
| 09:13AM | 3 | A. | I -- no.  I don't think so. |
| 09:14AM | 4 | Q. | You don't think -- |
| 09:14AM | 5 | A. | Well, I don't know the answer to that. |
| 09:14AM | 6 | Q. | You don't? |
| 09:14AM | 7 | A. | Well, I don't -- I don't have other |
| 09:14AM | 8 | family.  That's my family. | |
| 09:14AM | 9 | Q. | Okay.  But do you have other children |
| 09:14AM | 10 | who are genetically your children but are not the | |
| 09:14AM | 11 | children of Linda Mortimer? | |
| 09:14AM | 12 | A. | I have -- I have donated sperm, so the |
| 09:14AM | 13 | answer was -- probably be yes to that. | |
| 09:14AM | 14 | Q. | You say you donated sperm.  Tell me, how |
| 09:15AM | 15 | did you get involved in sperm donation? | |
| 09:15AM | 16 | A. | I was practicing obstetrics and |
| 09:15AM | 17 | gynecology, and I had patients that could not | |
| 09:15AM | 18 | conceive, and I desired to try to help. | |
| 09:15AM | 19 | Q. | Okay.  And so would you tell these |
| 09:15AM | 20 | patients that, because they couldn't conceive, that | |
| 09:15AM | 21 | you would be happy to father a child for them? | |
| 09:15AM | 22 | A. | I did not disclose that to them. |
| 09:15AM | 23 | Q. | Did you disclose to your wife that you |
| 09:15AM | 24 | were having children with other women? | |
| 09:15AM | 25 | A. | I did tell her about that. |

16

| | | |
|---|---|---|
| 09:17AM | 1 | going to donate sperm prior to donating any sperm? |
| 09:17AM | 2 | A.   I told her that I was -- that I was a |
| 09:17AM | 3 | sperm donor; that I would be -- I told her that -- |
| 09:17AM | 4 | after the fact that I had been a sperm donor. |
| 09:17AM | 5 | Q.   You told her after the fact? |
| 09:17AM | 6 | A.   Yes. |
| 09:17AM | 7 | Q.   How long after the fact? |
| 09:17AM | 8 | A.   I don't know.  Months maybe. |
| 09:17AM | 9 | Q.   When did you decide to become a sperm |
| 09:18AM | 10 | donor? |
| 09:18AM | 11 | A.   I was practicing OB-GYN.  I had patients |
| 09:18AM | 12 | that couldn't conceive.  I wanted to help if I could. |
| 09:18AM | 13 | Q.   But my question is when?  I'm looking |
| 09:18AM | 14 | for a year or date. |
| 09:18AM | 15 | A.   Maybe 1980, '81 -- in there.  I don't -- |
| 09:18AM | 16 | I don't remember for sure. |
| 09:18AM | 17 | Q.   And how did you go about becoming a |
| 09:18AM | 18 | sperm donor? |
| 09:18AM | 19 | A.   You mean the mechanics of it?  Or how |
| 09:18AM | 20 | did I do it?  Or what -- |
| 09:18AM | 21 | Q.   Well -- |
| 09:18AM | 22 | A.   -- what's your question? |
| 09:18AM | 23 | Q.   -- was there a clinic that was accepting |
| 09:18AM | 24 | sperm donations and you went there?  You saw it in |
| 09:18AM | 25 | the newspaper?  You responded to an advertisement? |

17

```
09:19AM  1   What was it that -- how did you go about becoming a
09:19AM  2   sperm donor?
09:19AM  3         A.   I don't remember for sure.
09:19AM  4         Q.   To your knowledge, were you ever a sperm
09:19AM  5   donor for anyone who was not your patient?
09:19AM  6         A.   I don't -- I don't think so.
09:19AM  7         Q.   Okay.  So all of the -- and I'm just
09:19AM  8   going to use your term for now -- all of the sperm
09:19AM  9   donations you made were to impregnate people who were
09:19AM 10   your patients, correct?
09:19AM 11         A.   Yes.
09:19AM 12         Q.   How many times did that happen?
09:19AM 13         A.   I -- maybe -- maybe two.  I don't --
09:20AM 14         Q.   Maybe two?
09:20AM 15         A.   Well...
09:20AM 16         Q.   But maybe a lot more?
09:20AM 17         A.   I don't know how many.
09:20AM 18         Q.   It could be more than 10 times?
09:20AM 19         A.   No.
09:20AM 20         Q.   But it's not less than two?
09:20AM 21         A.   It would be -- no.  It would be not less
09:20AM 22   than two.
09:20AM 23         Q.   So you're saying that you were a sperm
09:20AM 24   donor for your own patients not less than two times
09:20AM 25   but not more than 10?
```

Case 4:18-cv-00143-DCN Document 64-3 Filed 05/10/19 Page 6 of 16
GERALD E. MORTIMER, M.D. - December 11, 2018
Video Deposition

20

```
09:23AM   1   but -- you know, at least.
09:23AM   2            Q.   You went to medical school?
09:23AM   3            A.   I did.
09:23AM   4            Q.   Did they teach you in medical school
09:23AM   5   that it was acceptable practice to impregnate your
09:24AM   6   patients with your own semen?
09:24AM   7            A.   No.
09:24AM   8            Q.   Okay.  When did you decide that it was
09:24AM   9   okay to inseminate your patients with your own semen?
09:24AM  10            A.   When I started to treat infertility
09:24AM  11   patients and saw that there was a need.  I don't know
09:24AM  12   the exact point in my practice when that happened.
09:24AM  13            Q.   Was it something that you thought about
09:24AM  14   for a while?
09:24AM  15            A.   Yes.
09:24AM  16            Q.   Tell me about that process.
09:24AM  17            A.   Well, I was concerned about patients
09:24AM  18   that were infertile, and trying to think of ways that
09:24AM  19   we might help with that, and it was a process of
09:25AM  20   thought over time.
09:25AM  21            Q.   Okay.  And I -- tell me more about that
09:25AM  22   process of thought over time.
09:25AM  23            A.   Well, I -- I was thinking about how can
09:25AM  24   I help my patients?  What can I do that's -- you
09:25AM  25   know, that's going to help people that have a desire
```

21

09:25AM 1   to become pregnant and are having difficulty doing
09:25AM 2   that and how can I help?
09:25AM 3           Q.   And the idea that you came up with was
09:25AM 4   inseminating them with your own semen?
09:25AM 5           A.   Well, it was very limited.  It was not
09:25AM 6   something that I did for a lot of patients.  It was a
09:25AM 7   very limited thing.
09:25AM 8           Q.   The first time that you inseminated a
09:25AM 9   patient with your own semen, did you tell the patient
09:26AM 10  that that was the opportunity that you were giving
09:26AM 11  them, was to have your child?
09:26AM 12          A.   No.
09:26AM 13          Q.   Was the first time that you inseminated
09:26AM 14  a patient with your own semen before you met
09:26AM 15  Ms. Ashby who was then Ms. Fowler?
09:26AM 16          A.   I don't remember.
09:26AM 17          Q.   Do you remember if Ms. Ashby was the
09:26AM 18  first one of your patients that you inseminated with
09:26AM 19  your own semen?
09:26AM 20          A.   I think she may have been, yes.
09:26AM 21          Q.   You don't remember inseminating any
09:26AM 22  patient with your own semen prior to Ms. Ashby?
09:26AM 23          A.   I don't.
09:27AM 24          Q.   We'll come back to all of that in a few
09:27AM 25  minutes.

87

11:52AM 1      Q.   If he was paying them to provide
11:52AM 2  samples, would he have passed that cost along to you?
11:52AM 3      A.   I don't know.  He didn't ever do that,
11:52AM 4  so I don't know if he was paying them or not.
11:53AM 5      Q.   How did you coordinate with Dr. Cannon
11:53AM 6  in terms of the physical characteristics of a donor?
11:53AM 7      A.   I don't remember that.
11:53AM 8      Q.   Okay.  So what -- on a normal workday in
11:53AM 9  1980, when did you go into the office?
11:53AM 10     A.   9:30.
11:53AM 11     Q.   Okay.  When would you receive calls from
11:53AM 12 women who were ovulating?
11:53AM 13     A.   Well, I -- they may have called and left
11:53AM 14 a message, and I would call them back.  I don't
11:53AM 15 remember specifically.
11:53AM 16     Q.   And you'd call them back from the
11:53AM 17 office?
11:53AM 18     A.   Yes.
11:53AM 19     Q.   Okay.  And you'd have them come in?
11:54AM 20     A.   Yes.
11:54AM 21     Q.   So if you couldn't get third-party donor
11:54AM 22 semen at that time and you had already gone to the
11:54AM 23 office, how did you produce donor semen?  What was
11:54AM 24 that process?
11:54AM 25     A.   I don't remember.

88

```
11:54AM   1        Q.   You don't remember masturbating at your
11:54AM   2   office?
11:54AM   3        A.   I do not.  I don't think I ever did that
11:54AM   4   in my office.
11:54AM   5        Q.   What was the process when you brought
11:54AM   6   your own donor semen to the office?  Was that then
11:54AM   7   given to a nurse?  How was the exchange made?
11:54AM   8        A.   It was given to a nurse.  She didn't
11:54AM   9   know the source.  She didn't know that I didn't meet
11:55AM  10   Dr. Cannon or what -- you know, she didn't know the
11:55AM  11   source.  I would hand her the -- she would prepare
11:55AM  12   it, and then we would take care of it.
11:55AM  13        Q.   Did anybody ever ask you if the semen
11:55AM  14   samples that you were using were your own?
11:55AM  15        A.   I don't remember that they did.
11:55AM  16        Q.   But you don't specifically recall that
11:55AM  17   they didn't?
11:55AM  18        A.   I don't know the answer to that.
11:55AM  19        Q.   Okay.  So other people may have been
11:55AM  20   aware that you were using your own semen to
11:55AM  21   inseminate your patients?
11:55AM  22        A.   I don't think anyone knew that but me.
11:55AM  23        Q.   And these insemination processes,
11:55AM  24   whether -- well, let's just talk about when you were
11:55AM  25   the donor.  These took place at your office, correct?
```

11:56AM  1     A.  Yes.
11:56AM  2     Q.  Okay.  It was a part of your medical
11:56AM  3  practice, correct?
11:56AM  4     A.  To provide -- to provide donor
11:56AM  5  insemination?  Is that what you're asking?
11:56AM  6     Q.  Yes.  I'm saying that you were providing
11:56AM  7  your semen to inseminate your patients as part of
11:56AM  8  your medical practice, correct?
11:56AM  9     A.  Yes.
11:56AM 10     Q.  And you did that at the offices of
11:56AM 11  Obstetrics & Gynecology Associates, correct?
11:56AM 12     A.  Correct.
11:56AM 13     Q.  And you were a shareholder in Obstetrics
11:56AM 14  & Gynecology Associates, correct?
11:56AM 15     A.  Yes.
11:56AM 16     Q.  And you were also an employee of
11:56AM 17  Obstetrics & Gynecology Associates, correct?
11:56AM 18     A.  Yes.
11:56AM 19     Q.  And there's nothing that -- when you
11:57AM 20  were using your own semen to inseminate your
11:57AM 21  patients, there's nothing that would have caused that
11:57AM 22  patient to think that it was anything outside of the
11:57AM 23  ordinary course of your practice, correct?
11:57AM 24     A.  That's correct.
11:57AM 25     Q.  You don't know how many biological

99

| | | |
|---|---|---|
| 12:17PM | 1 | therefore can not provide further information |
| 12:17PM | 2 | responsive to this interrogatory." |
| 12:17PM | 3 | A.    Then that is -- then that is not true. |
| 12:17PM | 4 | Q.    And you knew it wasn't true when you |
| 12:17PM | 5 | signed under oath stating that the contents of this |
| 12:17PM | 6 | document were true? |
| 12:17PM | 7 | A.    I guess. |
| 12:17PM | 8 | Q.    On the top of page 4, looking at this |
| 12:18PM | 9 | line.  It's part of an answer, and you state, "The |
| 12:18PM | 10 | clinic did not have reliable access to sperm donors |
| 12:18PM | 11 | who could provide sperm on short notice." |
| 12:18PM | 12 | Do you see where it says that? |
| 12:18PM | 13 | A.    Yes. |
| 12:18PM | 14 | Q.    Is that true? |
| 12:18PM | 15 | A.    Yes. |
| 12:18PM | 16 | Q.    Okay.  And by "sperm donors" in that |
| 12:18PM | 17 | sentence, you are referring to third-party donors who |
| 12:18PM | 18 | are not you, correct? |
| 12:18PM | 19 | A.    Yes. |
| 12:18PM | 20 | Q.    Okay.  Did you tell your patients who |
| 12:18PM | 21 | were seeing you for fertility problems and would need |
| 12:18PM | 22 | donor sperm that your clinic did not have reliable |
| 12:18PM | 23 | access to sperm donors who could provide sperm on |
| 12:18PM | 24 | short notice? |
| 12:18PM | 25 | A.    I don't remember what I said that long |

Case 4:18-cv-00143-DCN Document 64-3 Filed 05/10/19 Page 12 of 16
GERALD E. MORTIMER, M.D. - December 11, 2018
Video Deposition

122

```
01:53PM   1   Dakota, I had a -- a teaching certificate from the
01:54PM   2   University of North Dakota because we had students
01:54PM   3   and residents that were there that we were helping to
01:54PM   4   train, so -- but...
01:54PM   5           Q.   Okay.
01:54PM   6           A.   So that -- that was just during that
01:54PM   7   time.
01:54PM   8           Q.   Anything in addition to that?
01:54PM   9           A.   No.
01:54PM  10           Q.   In terms of your private medical
01:54PM  11   practice, did you ever practice anywhere other than
01:54PM  12   Idaho Falls, Idaho?
01:54PM  13           A.   Well, I practiced in the Air Force.
01:54PM  14           Q.   I'm just talking about private practice,
01:54PM  15   though.
01:54PM  16           A.   Oh, private practice?  No.
01:54PM  17           Q.   Okay.  When did you start practicing
01:54PM  18   medicine in Idaho Falls, Idaho?
01:54PM  19           A.   1977.
01:54PM  20           Q.   And where was your first job practicing
01:54PM  21   medicine in Idaho Falls, Idaho?
01:54PM  22           A.   Well, I joined the Obstetrics &
01:55PM  23   Gynecology Group, and that's where I began working.
01:55PM  24           Q.   And were you employed by the -- what you
01:55PM  25   just referred --
```

123

01:55PM 1      A.   Initially -- initially I was employed,
01:55PM 2 and then I became -- you know, bought into the
01:55PM 3 practice, and...
01:55PM 4      Q.   It's very important that you allow me to
01:55PM 5 finish my question.
01:55PM 6      A.   I'm sorry.
01:55PM 7      Q.   Okay.  Because the court reporter needs
01:55PM 8 to have a clear record.  Okay?
01:55PM 9      A.   I'm sorry.
01:55PM 10     Q.   Okay.  And you were with the same
01:55PM 11 practice from the time you started in 1977 until you
01:55PM 12 retired in 2005?
01:55PM 13     A.   Yes.
01:55PM 14     Q.   Okay.  Did you practice at any other
01:55PM 15 clinic aside from Obstetrics & Gynecology Associates?
01:55PM 16 And I understand that it went under a different name
01:55PM 17 at one point, but did you ever practice with any
01:56PM 18 other clinic aside from what became Obstetrics &
01:56PM 19 Gynecology Associates?
01:56PM 20     A.   No.
01:56PM 21     Q.   Where did you have hospital privileges?
01:56PM 22     A.   Eastern Idaho Regional Medical Center,
01:56PM 23 and then -- I think that's the only one I ever had
01:56PM 24 privileges at.
01:56PM 25     Q.   Okay.  Were your privileges ever --

157

| | | |
|---|---|---|
| 02:57PM | 1 | A.   It says the liquification is unknown. |
| 02:57PM | 2 | So we don't know how long it took to liquify because |
| 02:57PM | 3 | it was already -- it was unknown. |
| 02:57PM | 4 | Q.   Okay. |
| 02:57PM | 5 | A.   Okay.  And the volume is |
| 02:58PM | 6 | 5.5 milliliters, and the PH is 7.5, and 8 to 10 per |
| 02:58PM | 7 | high-power field of white cells, and the count is |
| 02:58PM | 8 | 5 million.  The motility is 30 percent; the |
| 02:58PM | 9 | morphology is 50 percent, which means 50 percent all |
| 02:58PM | 10 | of them look normal, and the color was normal. |
| 02:58PM | 11 | Q.   What's the significance to the |
| 02:58PM | 12 | 30 percent motility? |
| 02:58PM | 13 | A.   That's a -- a greatly decreased |
| 02:58PM | 14 | motility. |
| 02:58PM | 15 | Q.   Okay.  So was this document a part of |
| 02:58PM | 16 | what you based your diagnosis of low motility on? |
| 02:58PM | 17 | A.   Yes. |
| 02:58PM | 18 | Q.   Okay.  So based on this, you diagnosed |
| 02:58PM | 19 | Howard Fowler with low motility? |
| 02:58PM | 20 | A.   Yes.  30 percent. |
| 02:58PM | 21 | Q.   Now, I ask you to look at the next page. |
| 02:58PM | 22 | A.   Okay. |
| 02:58PM | 23 | Q.   Is this your handwriting on this page? |
| 02:58PM | 24 | A.   Yes. |
| 02:58PM | 25 | Q.   Okay.  I would ask that you just walk me |

180

| | | |
|---|---|---|
| 03:28PM | 1 | A. Yeah. |
| 03:28PM | 2 | Q. Presumably using a stethoscope? |
| 03:28PM | 3 | A. Well -- or we had electric monitoring. |
| 03:28PM | 4 | Q. Okay. "Hct," the next column? |
| 03:28PM | 5 | A. Where's that? Oh, hematocrit. That's |
| 03:28PM | 6 | her blood count. |
| 03:28PM | 7 | Q. So going down the column where it says |
| 03:28PM | 8 | "Doctor," the first one is "M." Is that Mortimer? |
| 03:28PM | 9 | A. That's me. |
| 03:28PM | 10 | Q. Okay. And I take it, on these regular |
| 03:29PM | 11 | checkups, that -- that -- that the mother of the -- |
| 03:29PM | 12 | the mother-to-be would see whatever doctor was |
| 03:29PM | 13 | available just to get this basic checkup done. Is |
| 03:29PM | 14 | that accurate? |
| 03:29PM | 15 | A. That's right. That's correct. |
| 03:29PM | 16 | Q. Okay. So then where it says "R," that's |
| 03:29PM | 17 | Dr. Rulon? |
| 03:29PM | 18 | A. Yes. |
| 03:29PM | 19 | Q. And "Dr. K" is Dr. Kindred? |
| 03:29PM | 20 | A. Correct. |
| 03:29PM | 21 | Q. And then the next three markings "M" |
| 03:29PM | 22 | would indicate that she saw you, Dr. Mortimer? |
| 03:29PM | 23 | A. Yes. |
| 03:29PM | 24 | Q. And then the "R" following would be |
| 03:29PM | 25 | Dr. Rulon? |

190

1          REPORTER'S CERTIFICATE

2

3   STATE OF IDAHO              )
                                 )   ss.
4   COUNTY OF BONNEVILLE         )

5

6

7       I, Amber S. Williams, Court Reporter and Notary
    Public in and for the State of Idaho, do hereby
8   certify:
        That prior to being examined Gerald E. Mortimer,
9   M.D., the witness named in the foregoing deposition,
    was by me duly sworn to testify to the truth, the
10  whole truth, and nothing but the truth;
        That said deposition was taken down by me in
11  shorthand at the time and place therein named and
    thereafter reduced to typewriting under my direction,
12  and that the foregoing transcript contains a full,
    true, and verbatim record of said deposition.
13      I further certify that I have no interest in the
    event of the action.
14      WITNESS my hand and seal this 19th day of
    December 2018.

15

16

17

18

19

20                              Amber S. Williams
                                Court Reporter & Notary
21                              Public in and for
                                the State of Idaho
22                              SRL-1080

23

24  My Commission Expires:  06-01-21

25