Video Deposition

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

KELLI ROWLETTE, an individual,           )
SALLY ASHBY, an individual, and          )
HOWARD FOWLER, an individual,            ) Cause No.
                                         ) 4:18-CV 00143
                Plaintiffs,              ) DCN
vs.                                      )
                                         )
                                         )
                                         )
GERALD E. MORTIMER, M.D., LINDA G.       )
MCKINNON MORTIMER, and the marital       )
community comprised thereof, and         )
OBSTETRICS AND GYNECOLOGY                )
ASSOCIATES OF IDAHO FALLS, P.A., an      )
Idaho professional corporation,          )
                                         )
                Defendants.              )

DEPOSITION OF GERALD E. MORTIMER, M.D.

Tuesday, December 11, 2018, 9:00 a.m.

Idaho Falls, Idaho

BE IT REMEMBERED that the deposition of Gerald E. Mortimer, M.D. was taken by the attorney for the plaintiffs at the office of Thomsen Holman Wheiler, PLLC, located at 2635 Channing Way, Idaho Falls, Idaho, before Amber S. Williams, Court Reporter and Notary Public, in and for the State of Idaho, in the above-entitled matter.

133

```
02:10PM   1   line where it states, "Dr. Mortimer admits that
02:10PM   2   contained in Ms. Ashby's medical records are
02:10PM   3   pathology results on Mr. Fowler's sperm."
02:11PM   4            A.   Okay.
02:11PM   5            Q.   Is that accurate?
02:11PM   6            A.   Yes.
02:11PM   7            Q.   Okay.  Do you recall whether you
02:11PM   8   diagnosed Mr. Fowler with low sperm motility?
02:11PM   9            A.   Based on the lab report.
02:11PM  10            Q.   You did?
02:11PM  11            A.   Yes.
02:11PM  12            Q.   And you ordered the lab report, correct?
02:11PM  13            A.   Yes.  Yes.
02:11PM  14            Q.   And you just testified that you didn't
02:11PM  15   order laboratory testing except for patients,
02:11PM  16   correct?
02:11PM  17            A.   Well, I think this is related to my
02:11PM  18   patient and has to do with my patient.
02:11PM  19            Q.   But the diagnosis was with regard to
02:11PM  20   Howard Fowler, correct?
02:11PM  21            A.   That's correct.
02:11PM  22            Q.   And when you diagnose somebody, they're
02:11PM  23   your patient, correct?
02:12PM  24            A.   Yes.
02:12PM  25            Q.   So -- and you offered a diagnosis to
```

134

02:12PM 1  Howard Fowler, correct?
02:12PM 2      A.  Yes.
02:12PM 3      Q.  And that would make Howard Fowler your
02:12PM 4  patient, wouldn't it?
02:12PM 5      A.  Yes.
02:12PM 6      Q.  So the places where you state that
02:12PM 7  Howard Fowler is not your patient are inaccurate,
02:12PM 8  correct?
02:12PM 9      A.  Based on that.
02:12PM 10     Q.  You would agree with me that they're
02:12PM 11 inaccurate?
02:12PM 12     A.  Well, based on what we just discussed.
02:12PM 13     Q.  So if it says that he was -- if it says
02:12PM 14 Howard Fowler was not your patient, that's not the
02:12PM 15 truth, is it?
02:12PM 16     A.  It's not.
02:12PM 17     Q.  Okay.  Thank you.
02:12PM 18         I'd ask that you turn to page 8, Request
02:13PM 19 for Admission No. 32.
02:13PM 20         Would you please read Request for
02:13PM 21 Admission No. 32 for the record.
02:13PM 22     A.  "Dr. R. Douglas Isbell did not try to
02:13PM 23 stop you from using your own semen to inseminate
02:13PM 24 patients."
02:13PM 25     Q.  Okay.  And it is, in fact, true that

144

| | | |
|---|---|---|
| 02:40PM | 1 | Q. Okay. On the first line, what does that |
| 02:40PM | 2 | say? |
| 02:40PM | 3 | A. Usual childhood diseases, "UCHD." |
| 02:40PM | 4 | Q. And what would that mean? |
| 02:40PM | 5 | A. Well, it would mean -- it would be |
| 02:40PM | 6 | measles, mumps, you know, the usual things that |
| 02:40PM | 7 | children get. |
| 02:40PM | 8 | Q. So you had asked her about childhood |
| 02:40PM | 9 | decides, and she indicated that she had some of the |
| 02:40PM | 10 | usual childhood diseases? |
| 02:40PM | 11 | A. That's what I wrote. |
| 02:40PM | 12 | Q. Okay. And then operations after that, |
| 02:41PM | 13 | is that none? |
| 02:41PM | 14 | A. None. |
| 02:41PM | 15 | Q. Medications also none? |
| 02:41PM | 16 | A. None. |
| 02:41PM | 17 | Q. Okay. And then after allergies, what |
| 02:41PM | 18 | does that say? |
| 02:41PM | 19 | A. Sulfa. |
| 02:41PM | 20 | Q. What is Sulfa? |
| 02:41PM | 21 | A. It's --it's an old type of antibiotic. |
| 02:41PM | 22 | It's a -- it's an antibiotic, but it's an older type |
| 02:41PM | 23 | of drug. |
| 02:41PM | 24 | Q. Then where it says "Present Ailment," |
| 02:41PM | 25 | please read for me what that says on the lines |

147

```
02:44PM  1    finish --
02:44PM  2         A.    I'm sorry.
02:44PM  3         Q.    -- my question.  It's all right.  It's
02:44PM  4    the court reporter who's going to get us.
02:44PM  5               "Vesicle Symptoms."  What's the marking
02:44PM  6    after that?  Or is there significance to that
02:44PM  7    marking?
02:44PM  8         A.    It is a zero.
02:44PM  9         Q.    Okay.  And then after "Gastro-intestinal
02:44PM 10    Symptoms," it states "constipation"; is that correct?
02:44PM 11         A.    That's correct.
02:44PM 12         Q.    Okay.  On the "Remarks" section, am I
02:44PM 13    correct that the top line is "Married times seven
02:44PM 14    years"?
02:44PM 15         A.    Yes.
02:44PM 16         Q.    And then the next one -- next line is
02:45PM 17    "Infertile times six years"?
02:45PM 18         A.    Yes.
02:45PM 19         Q.    What does the next section state?
02:45PM 20         A.    "Husband had an undescended testicle
02:45PM 21    that was repaired at age six."
02:45PM 22         Q.    And what does the next line after that
02:45PM 23    say?
02:45PM 24         A.    "Low sperm count treated.  Sperm count
02:45PM 25    better."
```

149

| | | |
|---|---|---|
| 02:46PM | 1 | Q. Okay. On the line where it says |
| 02:47PM | 2 | "Physical Examination," what are your notations |
| 02:47PM | 3 | there? |
| 02:47PM | 4 | A. Blood pressure is 110/70 and her weight |
| 02:47PM | 5 | is 141. |
| 02:47PM | 6 | Q. Okay. Next, down the left-hand side of |
| 02:47PM | 7 | the document, going down there, there's a series of |
| 02:47PM | 8 | words that are crossed through. What would those |
| 02:47PM | 9 | have indicated? |
| 02:47PM | 10 | A. Well, those were examination -- I would |
| 02:47PM | 11 | have marked that those were examined. So ear, nose, |
| 02:47PM | 12 | and throat, heart, abdomen, all of that, those marks |
| 02:47PM | 13 | mean that that exam was made. |
| 02:47PM | 14 | Q. And then after "cervix," I can't read |
| 02:47PM | 15 | the next word. |
| 02:47PM | 16 | A. Well, you mean "uterus"? |
| 02:47PM | 17 | Q. Okay. And afterward, it says |
| 02:47PM | 18 | "Position," and it has some of your handwriting in |
| 02:47PM | 19 | it. What does that say? |
| 02:47PM | 20 | A. It means that the uterus is anteverted, |
| 02:48PM | 21 | or up towards the abdomen rather than back towards |
| 02:48PM | 22 | the -- okay. So it's an abbreviation for anteverted. |
| 02:48PM | 23 | Q. Okay. And then the next line where it |
| 02:48PM | 24 | says "Size," what's -- |
| 02:48PM | 25 | A. Normal. "NL" is normal. |

150

```
02:48PM   1          Q.    And so on the right adenia (sic), that's
02:48PM   2    normal also?
02:48PM   3          A.    Yeah.  Right adnexa and left adnexa.
02:48PM   4          Q.    Adnexa?
02:48PM   5          A.    Those are the ovaries.
02:48PM   6          Q.    Okay.
02:48PM   7          A.    That's -- those are the ovaries, yeah.
02:48PM   8    Adnexa and tubes.
02:48PM   9          Q.    Please read for me what's down in the
02:48PM  10    "Diagnosis and Treatment" portion of the document.
02:48PM  11          A.    Primary infertility is what that stands
02:48PM  12    for, and that's -- and then it's a vaginitis, which I
02:48PM  13    think was probably haemophilus vaginitis.  It was a
02:49PM  14    vaginal infection, it looked like.
02:49PM  15          Q.    Okay.  And then the next line where we
02:49PM  16    get into the treatment section?
02:49PM  17          A.    Well, she needs to do a basal body
02:49PM  18    temperature, needs a sperm count, needs to send for
02:49PM  19    old records and further work up; may benefit from
02:49PM  20    Clomid and/or AIH.
02:49PM  21          Q.    What is AIH?
02:49PM  22          A.    Husband insemination.  Artificial
02:49PM  23    insemination with the husband's semen.
02:49PM  24          Q.    Okay.  Now, Clomid, is that something
02:49PM  25    that you would only prescribe for a female?
```

151

02:49PM 1      A.   You can also prescribe it for a male.
02:49PM 2      Q.   And did you prescribe Clomid for Sally
02:49PM 3  Fowler just based on your recollection?  I realize we
02:49PM 4  may see it in the records.
02:49PM 5      A.   As I remember, I did.
02:49PM 6      Q.   And did you prescribe Clomid for Howard
02:50PM 7  Fowler?
02:50PM 8      A.   As I remember, I did.
02:50PM 9      Q.   Okay.  And so, similar to ordering lab
02:50PM 10 tests, you wouldn't pres- -- except what you've done
02:50PM 11 since you've been retired where you made some
02:50PM 12 prescriptions for a friend or family member, you
02:50PM 13 wouldn't prescribe drugs for somebody who's not your
02:50PM 14 patient, would you?
02:50PM 15     A.   No.  No.
02:50PM 16     Q.   Okay.  So if you prescribe drugs for
02:50PM 17 somebody, they are your patient?
02:50PM 18     A.   Yes.
02:50PM 19     Q.   Okay.  And so you recall prescribing
02:50PM 20 Clomid for Howard Fowler, correct?
02:50PM 21     A.   Yes.
02:50PM 22     Q.   So Howard Fowler, on that basis, was
02:50PM 23 your patient?
02:50PM 24     A.   Well, this is referring to Sally Fowler.
02:50PM 25     Q.   Okay.

156

```
02:56PM   1              Q.   Okay.  Is this document something that
02:56PM   2      would have been prepared by clinical laboratory?
02:56PM   3              A.   That would have been sent to us by a
02:56PM   4      lab.
02:56PM   5              Q.   Okay.  And the lab would have actually
02:56PM   6      prepared this exam slip?
02:56PM   7              A.   That was my -- that's my recollection.
02:56PM   8              Q.   Okay.  And this exam was for Howard J.
02:57PM   9      Fowler; is that correct?
02:57PM  10              A.   That's correct.
02:57PM  11              Q.   And who does it list as his doctor?
02:57PM  12              A.   Me.
02:57PM  13              Q.   And so at the time this was done, you
02:57PM  14      were Howard J. Fowler's physician?
02:57PM  15              A.   Well, I was the one that ordered the
02:57PM  16      test.
02:57PM  17              Q.   Which is something that you did for
02:57PM  18      patients, correct?
02:57PM  19              A.   Yes.
02:57PM  20              Q.   On the -- do you see where there's an
02:57PM  21      "X" marked next to semen exam?
02:57PM  22              A.   Yes.
02:57PM  23              Q.   Please tell me, if you can, what that
02:57PM  24      says -- if you can read that handwriting, because
02:57PM  25      it's --
```

157

| | | |
|---|---|---|
| 02:57PM | 1 | A. It says the liquification is unknown. |
| 02:57PM | 2 | So we don't know how long it took to liquify because |
| 02:57PM | 3 | it was already -- it was unknown. |
| 02:57PM | 4 | Q. Okay. |
| 02:57PM | 5 | A. Okay. And the volume is |
| 02:58PM | 6 | 5.5 milliliters, and the PH is 7.5, and 8 to 10 per |
| 02:58PM | 7 | high-power field of white cells, and the count is |
| 02:58PM | 8 | 5 million. The motility is 30 percent; the |
| 02:58PM | 9 | morphology is 50 percent, which means 50 percent all |
| 02:58PM | 10 | of them look normal, and the color was normal. |
| 02:58PM | 11 | Q. What's the significance to the |
| 02:58PM | 12 | 30 percent motility? |
| 02:58PM | 13 | A. That's a -- a greatly decreased |
| 02:58PM | 14 | motility. |
| 02:58PM | 15 | Q. Okay. So was this document a part of |
| 02:58PM | 16 | what you based your diagnosis of low motility on? |
| 02:58PM | 17 | A. Yes. |
| 02:58PM | 18 | Q. Okay. So based on this, you diagnosed |
| 02:58PM | 19 | Howard Fowler with low motility? |
| 02:58PM | 20 | A. Yes. 30 percent. |
| 02:58PM | 21 | Q. Now, I ask you to look at the next page. |
| 02:58PM | 22 | A. Okay. |
| 02:58PM | 23 | Q. Is this your handwriting on this page? |
| 02:58PM | 24 | A. Yes. |
| 02:58PM | 25 | Q. Okay. I would ask that you just walk me |

164

```
03:06PM   1   workup, or part of this -- you have to do -- you have
03:06PM   2   to be completing your testing.
03:06PM   3          Q.   Okay.  And that requires that you're
03:07PM   4   treating both husband and wife for infertility,
03:07PM   5   correct?
03:07PM   6          A.   Well -- well, you're running a test on
03:07PM   7   the husband.  That doesn't necessarily mean that
03:07PM   8   you've -- that I'm treating him.
03:07PM   9          Q.   Okay.  You also prescribed Clomid for
03:07PM  10   him?
03:07PM  11          A.   Well, I did, but that doesn't always
03:07PM  12   apply.
03:07PM  13          Q.   Okay.  But in this case you prescribed
03:07PM  14   at least one drug for him and you ordered laboratory
03:07PM  15   testing for him.
03:07PM  16          A.   Okay.
03:07PM  17          Q.   Correct?
03:07PM  18          A.   Yes.
03:07PM  19          Q.   And that's not something that you would
03:07PM  20   do for a nonpatient, is it?
03:07PM  21          A.   No.
03:07PM  22          Q.   So it would be fair to say that Howard
03:07PM  23   Fowler, at this time, was your patient?  Correct?
03:07PM  24          A.   Yes.
03:07PM  25          Q.   Okay.  Tell me -- going down the list
```

165

03:07PM 1    under "Semen Exam," is there any significance to what
03:07PM 2    is stated there?
03:07PM 3         A.   Well, the volume and the PH were normal;
03:07PM 4    the white count is normal; the count is low; the
03:08PM 5    motility, or percentage of movement, is low; and the
03:08PM 6    morphology, or the number of normal-looking sperm, is
03:08PM 7    low.
03:08PM 8         Q.   And the next page, page 7 of
03:08PM 9    Exhibit *-19, this is a -- results of another lab
03:08PM 10   test that -- semen examine test that you ordered --
03:08PM 11        A.   Okay.
03:08PM 12        Q.   -- for Howard Fowler?
03:08PM 13        A.   Yes.
03:08PM 14        Q.   Okay.  And same question with regard to
03:08PM 15   the semen exam, any significance to what's there?
03:08PM 16        A.   It's better.
03:08PM 17        Q.   Okay.  And the next page, page 8, this
03:08PM 18   is another -- the results of another semen exam that
03:08PM 19   you ordered for Mr. Fowler?
03:09PM 20        A.   Yes.
03:09PM 21        Q.   And up in the left-side comments, can
03:09PM 22   you read for me what that handwriting says?
03:09PM 23        A.   "Gross mucus present."
03:09PM 24        Q.   What's the significance of that?
03:09PM 25        A.   Probably nothing.

1                    REPORTER'S CERTIFICATE

2

3   STATE OF IDAHO              )
                                 )   ss.
4   COUNTY OF BONNEVILLE         )

5

6

7        I, Amber S. Williams, Court Reporter and Notary
    Public in and for the State of Idaho, do hereby
8   certify:
         That prior to being examined Gerald E. Mortimer,
9   M.D., the witness named in the foregoing deposition,
    was by me duly sworn to testify to the truth, the
10  whole truth, and nothing but the truth;
         That said deposition was taken down by me in
11  shorthand at the time and place therein named and
    thereafter reduced to typewriting under my direction,
12  and that the foregoing transcript contains a full,
    true, and verbatim record of said deposition.
13       I further certify that I have no interest in the
    event of the action.
14       WITNESS my hand and seal this 19th day of
    December 2018.

15

16

17

18

19

20                              Amber S. Williams
                                Court Reporter & Notary
21                              Public in and for
                                the State of Idaho
22                              SRL-1080

23

24  My Commission Expires:  06-01-21

25