<u>MOTIONS, OBJECTIONS, ETC.</u>

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge David C. Nye  
Case No. **CV18-143-E-DCN**  
Place:     Pocatello, ID

Date: September 23, 2019  
Deputy Clerk: Pamela Fulwyler  
Reporter: Katherine Eismann  
Time: 9:00 am – 10:10 am

**ROWLETE ET AL V MORTIMER ET AL**

Counsel for Plaintiff: Shea Meehan  
Counsel for Defendant, Mortimer: Portia Rauer / Raymond Powers  
Counsel for Defendant, Obstetrics and Gynecology Associated of Idaho Falls: Richard Friess / Michael Wheiler

(X) Court reviewed case history.

**Hearing on:**

1) Motion for Summary Judgment filed Defendant, Gerald Mortimer (Docket #49)

2) Motion for Summary Judgment filed Defendant, Obstetrics and Gynecology Associated of Idaho Falls (Docket #50)

3) Motion to Amend/Correct Complaint filed by Plaintiffs (Docket #53)

4) Motion to Strike filed Defendant, Gerald Mortimer (Docket #66)

5) Motion for Summary Judgment filed by Plaintiffs (Docket #72)

Court heard oral arguments by counsel.  
Matters are deemed UNDER ADVISEMENT and the Court will issue a Written Decision.