Shea C. Meehan, ISB #6407
Jillian A. Harlington, *Pro Hac Vice*
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444
Fax: (509) 735-7140
smeehan@walkerheye.com
jharlington@walkerheye.com
Attorneys for Plaintiffs

Mathew M. Purcell, *Pro Hac Vice*
Purcell Law, PLLC
7301 W. Deschutes Ave Ste E
Kennewick, WA 99336
Telephone: (509) 783-7885
Fax: (509) 735-7886
mp@purcellfamilylaw.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KELLI ROWLETTE, an individual, SALLY ASHBY, an individual, and HOWARD FOWLER, an individual,<br><br>Plaintiffs,<br>v.<br><br>GERALD E. MORTIMER, M.D., LINDA G. McKINNON MORTIMER, and the marital community comprised thereof, and OBSTETRICS AND GYNECOLOGY ASSOCIATES OF IDAHO FALLS, P.A, an Idaho professional corporation,<br><br>Defendants. | Cause No. 4:18-cv-00143-DCN<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL |

TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

AND TO: RAYMOND D. POWERS, PORTIA L. RAUER, J. MICHAEL WEILER, RICHARD R. FRIESS, BRENT O. ROCHE, AND MATTHEW M. PURCELL, *Counsel of Record*

COMES NOW Shea C. Meehan, attorney of record for Plaintiffs Kelli Rowlette, Sally Ashby, and Howard Fowler, with the following formal Notice of Unavailability of Counsel.

NOTICE OF UNAVAILABILITY OF COUNSEL - 1

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER
HEYE
MEEHAN
EISINGER

Mr. Meehan gives notice that he is not available for any motions, hearings, depositions, or other formal proceedings in this action from December 18, 2019 through January 3, 2020.

The undersigned formally requests that no formal action occur in this case on the dates listed above.

DATED this 4th day of October, 2019.

WALKER HEYE MEEHAN & EISINGER, PLLC
*Attorneys for Plaintiffs*

By: *[signature]*
SHEA C. MEEHAN, WSBA #34087

NOTICE OF UNAVAILABILITY OF COUNSEL - 2

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140

WALKER HEYE MEEHAN EISINGER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2019 I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| J Michael Wheiler: | wheiler@thwlaw.com, dansie@thwlaw.com |
| Richard R. Friess: | friess@thwlaw.com, stark@thwlaw.com |
| Portia L Rauer: | plr@powersfarley.com, ckb@powersfarley.com, kja@powersfarley.com |
| Raymond D Powers: | rdp@powersfarley.com, crb@powersfarley.com |
| Andrew J. LaPorta | ajl@powersfarley.com |

And I hereby certify that I have mailed by United States Postal Service a copy of the document to the following non-CM/ECF participant: *NONE.*

/s/ *Shea C. Meehan*
Shea C. Meehan, ISB #6407
Jillian A. Harlington, *Pro Hac Vice*
Attorneys for Plaintiffs
Walker Heye Meehan & Eisinger, PLLC
1333 Columbia Park Trail, Ste 220
Richland, WA 99352
Telephone: (509) 735-4444
Fax: (509) 735-7140
E-mail: smeehan@walkerheye.com;
jharlington@walkerheye.com

NOTICE OF UNAVAILABILITY OF COUNSEL - 3

1333 Columbia Park Trail, Suite 220
Richland, WA 99352
P (509) 735-4444
F (509) 735-7140



WALKER
HEYE
MEEHAN
EISINGER